No. 03-3632

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**

SEP 1 5 2003

LEONARD GREEN, Clerk

PATRICIA KAMMEYER, individually and )
as the Representative of the Estate of Marie )
Wright Schuholz, et al., )
)
    Plaintiff-Appellees, )
)
v. )   O R D E R   1:01cv649
)
CITY OF SHARONVILLE, et al., )
)
    Defendants, )
)
ALBERT J. SCHUHOLZ, )
)
    Defendant-Appellant. )
)

**FILED**

SEP 1 6 2003

KENNETH J. MURPHY, Clerk
CINCINNATI, OHIO

Before: RYAN, BOGGS, and NORRIS, Circuit Judges.

    Albert J. Schuholz has filed a response to this court's decision which has been construed as a petition for rehearing. The appeal was dismissed by this court on August 8, 2003.

    Upon careful consideration, this panel concludes that it did not misapprehend or overlook any point of law or fact when it issued its order. Fed. R. App. P. 40(a).

    The petition for rehearing is denied. Any appeal by the appellant should be filed after the district court disposes of all parties and issues in the case.

ENTERED BY ORDER OF THE COURT

                        Leonard Green
                               Clerk

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
          
Deputy Clerk