**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **PATRICIA KAMMEYER, et al.** | : | **Case No. C-1-01-649** |
| **Plaintiffs** | : | **Spiegel, J.** |
| **vs.** | : | |
| **CITY OF SHARONVILLE, et al.** | : | **JOINT MOTION TO MODIFY CASE SCHEDULE** |
| **Defendants** | : | |
| | : | |

The parties hereby move the court to postpone the final pretrial and modify the case schedule as follows:

| | |
|---|---|
| Discovery Deadline: | February 31, 2004 |
| Dispositive Motion Deadline: | March 31, 2004 |
| Final Pretrial: | Month of April, 2004 |
| Trial: | Month of May, 2004 |

**MEMORANDUM**

The Parties are only now able to proceed with depositions in this case due to the delays that were related to various filings in this and in the Court of Appeals. The parties will proceed promptly with the remaining discovery and respectfully request that the case schedule be adjusted by approximately five months as set out above.

Respectfully Submitted:

s/ Alphonse A. Gerhardstein (by Paul M. Laufman per authorization of September 11, 2003)
Alphonse A. Gerhardstein # 0032053
Paul M. Laufman #0066667
Attorneys for the Plaintiffs

s/ Thomas T. Keating (by Paul M. Laufman per authorization of September 18, 2003)
Thomas T. Keating 0011359
Attorney for defendants James I. Cramer and William Nuss

s/ Lawrence E. Barbiere (by Paul M. Laufman per authorization of September 11, 2003)
Lawrence E. Barbiere, 0027106
Michael Maundrell, 0027110
Attorney for Defendants Mike Schappa and City of Sharonville