UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 03-3632

Filed: September 23, 2003

PATRICIA KAMMEYER, individually and as the Representative of
the Estate of Marie Wright Schuholz, et al.

    Plaintiffs - Appellees

v.

CITY OF SHARONVILLE, et al.

    Defendants

ALBERT J. SCHUHOLZ

    Defendant - Appellant



## MANDATE

Pursuant to the court's disposition that was filed 8/8/03 the mandate for this case hereby issues today.

A True Copy.

COSTS: None          Attest:

Filing Fee ...........$
Printing ............$

    Total ........$                  Deputy Clerk

A TRUE COPY.
Attest:
LEONARD GREEN, Clerk

    Deputy Clerk