U.S. DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| PATRICIA KAMMEYER, et al. | : CASE NO. C-1-01-649 |
| | : |
| Plaintiffs, | : (SPEIGEL, J.) |
| | : |
| vs. | : |
| | : **ORDER FOR SUBSTITUTION** |
| CITY OF SHARONVILLE, OHIO, et al. | : **OF COUNSEL FOR DEFENDANTS** |
| | : **JAMES I. CRAMER & WILLIAM NUSS** |
| Defendants. | : |

The Motion of Defendants Cramer and Nuss is considered by the Court. The Court, after considering the issues, determines that it would be appropriate for Defendants Cramer and Nuss to have independent, separate counsel.

Randolph H. Freking of Freking & Betz, 219 East Ninth Street, 5th Floor, Cincinnati, Hamilton County, Ohio 45202 is hereby substituted as counsel for Defendant James I. Cramer.

Brian E. Hurley and Robert J. Gehring of Crabbe, Brown & James, LLP, 30 Garfield Place, Suite 940, Cincinnati, Hamilton County, Ohio 45202 are hereby substituted as counsel for Defendant William Nuss.

Thomas T. Keating, Law Director of the City of Sharonville, is Of Counsel for Defendants Michael Schappa and the City of Sharonville.

The Motion of Defendants for Substitution of Counsel has not been interposed for purposes of delay and will not unduly prejudice Plaintiffs.

_____
Judge Speigel