# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

PATRICIA KAMMEYER, et al.   : Case No. C-1-01-649
            : J. Spiegel
    Plaintiffs,     :
            :
   v.        : ORDER PERMITTING SUBSTITUTION
            : OF COUNSEL FOR DEFENDANTS
CITY OF SHARONVILLE, OHIO, et al. : CRAMER AND NUSS
            :
    Defendants.    :

This matter came before the Court on the motions of Defendants Cramer and Nuss that Randolph H. Freking and the law firm of Freking & Betz be substituted as trial counsel for Defendant Cramer and Brian E. Hurley and Robert J. Gehring and the law firm of Crabbe, Brown & James LLP be substituted  as trial counsel for Defendant Nuss.  The Court finds the motions to be well taken, and orders that Attorney Freking and Freking & Betz are substituted as trial counsel for Defendant Cramer and Attorneys Hurley, Gehring and Crabbe, Brown & James are substituted as trial counsel for Defendant Nuss.  Further, because Defendants Cramer and Nuss are sued in part in their official capacities, they and their counsel shall have access to documents of Defendant City of Sharonville, Ohio in the possession of the Court and the copies of those documents in the possession of the City and its trial counsel.  Plaintiffs and their counsel shall also have access to the documents of the City of Sharonville at the offices of Schroeder, Maundrell, Barbiere & Powers on the same basis as counsel for Defendants Cramer and Nuss.

IT IS SO ORDERED.


_____
Judge S. Arthur Spiegel

Lawrence E. Barbiere (0027106)
Schroeder, Maundrell, Barbiere & Powers
Counsel for Defenants Schappa and City
 of Sharonville
119 Mason Road, Suite 110
Cincinnati, OH 45249-3703
(513) 583-4210 - telephone
(513 ) 583-4203 - facsimile
*lbarbiere@schroederlaw.com*

Randolph H. Freking (0009158)
Counsel for Defendant Cramer
FREKING & BETZ
215 East Ninth Street, Fifth Floor
Cincinnati, OH  45202
(513) 721-1975 - telephone
(513) 651-2570 - facsimile
*randy@frekingandbetz.com*

Brian E. Hurley (0007827)
Robert J. Gehring (0019329)
Counsel for Defendant Nuss
CRABBE, BROWN & JAMES
30 Garfield Place, Suite 940
Cincinnati, OH 45202-4359
(513) 784-1525 - telephone
(513) 784-1250 - facsimile
*bhurley@cbjlawyers.com*

Thomas T. Keating (0011359)
Keating, Ritchie & Swick
Counsel for Defendants Schappa and City
 of Sharonville
8050 Hosbrook Road, Suite 200
Cincinnati, OH 45236
(513) 891-1530 - telephone
(513) 891-1537 - facsimile
*tkeating@krslawyers.com*

Alphonse A. Gerhardstein (0032053)
Paul Laufman (0066667)
Counsel for Plaintiffs
617 Vine Street, Suite 1409
Cincinnati, OH 45202
(513) 621-9100 - telephone
(513) 345-5543 - facsimile
*agerhardstein@laufgerhard.com*