UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **PATRICIA KAMMEYER, et al.** | : | **CASE NO.: C-1-01-649** |
| Plaintiffs, | : | Judge Spiegel |
| vs. | : | Magistrate Hogan |
| **CITY OF SHARONVILLE, OHIO, et al.** | : | **AFFIDAVIT OF BRIAN E. HURLEY** |
| Defendants. | : | |

Brian E. Hurley, having been duly sworn and based upon his personal knowledge, states:

1. I am co-counsel for William Nuss, a defendant in the above-captioned case.

2. I drafted the Motion To Compel And For Sanctions (Motion) to which this affidavit is attached. The facts set forth in Section I of the Motion are, to the best of my belief, accurate.

3. The exhibits attached to the Motion are true and accurate copies of the original documents and letters.

4. My co-counsel, Robert Gehring, and I have attempted to resolve the discovery disputes that are the subject of the Motion, but have not been successful in doing so. Our client's deposition, the discovery cut-off of July 1, 2004, and the November trial date require the immediate resolution of this dispute.

_____
Brian E. Hurley

STATE OF OHIO     )
                  ) ss:
COUNTY OF HAMILTON )

WILLIAM CHRISTOPHER HICKS, Attorney at Law
Notary Public, State of Ohio
My Commission has no expiration date.
Section 147.03

Sworn to before me this 12th day of March, 2004.

_____
Notary Public

My commission expires  No Expiration Date , 200__.

\\theserver\firmdocs\NUSS\AFFIDAVIT.BEH.wpd