UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

04 APR -5 PM 3:03

| | | |
|---|---|---|
| **PATRICIA KAMMEYER, et al.** | : | Case No. C-1-01-649 |
| **Plaintiffs** | : | Spiegel, J.<br>Sherman, J. |
| vs. | : | |
| **CITY OF SHARONVILLE, et al.** | : | **PLAINTIFFS' MOTION TO SEAL DEPOSITION TRANSCRIPTS AND MEMORANDUM IN OPPOSITION TO DEFENDANT NUSS MOTION TO COMPEL (DOC. 136)** |
| **Defendants** | : | |

Plaintiffs respectfully request that the deposition transcripts of defendants Schappa and Cramer and the Plaintiffs' memo opposing the motion to compel by defendant Nuss be filed under seal

### MEMORANDUM

The depositions and the memorandum references sealed, confidential material related to an open criminal investigation. See Orders holding the investigation confidential, Doc. 40, 64, 135. Since the use of the sealed material should be done in a manner consistent with those orders, sealing this memo is appropriate.

Respectfully submitted,

s/ Alphonse A. Gerhardstein
Alphonse A. Gerhardstein # 0032053
Trial Attorney for Plaintiffs
Paul Laufman #0066667
Attorney for the Plaintiff

617 Vine Street, Suite 1409
Cincinnati, Ohio 45202
(513) 621-9100
(513) 345-5543 fax
agerhardstein@laufgerhard.com
plaufman@laufgerhard.com

## Certificate of Service

I here by certify that on April 5, 2004, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Alphonse A. Gerhardstein
Alphonse A. Gerhardstein