

FILED
JAMES BONINI
CLERK

04 APR -5 PM 3: 04

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **PATRICIA KAMMEYER, et al.** | : | Case No. C-1-01-649 |
| **Plaintiffs** | : | Spiegel, J. |
| | : | Sherman, J. |
| vs. | : | |
| | | **PLAINTIFFS' NOTICE OF** |
| **CITY OF SHARONVILLE, et al.** | : | **FILING SEALED DEPOSITION** |
| | | **TRANSCRIPTS** |
| **Defendants** | : | |

Plaintiffs hereby provide notice that the depositions of defendants Cramer and Schappa have been filed under seal with the court.

Respectfully submitted,

_s/ Alphonse A. Gerhardstein_
Alphonse A. Gerhardstein # 0032053
Trial Attorney for Plaintiffs
Paul Laufman #0066667
Attorney for the Plaintiff
617 Vine Street, Suite 1409
Cincinnati, Ohio 45202
(513) 621-9100
(513) 345-5543 fax
agerhardstein@laufgerhard.com
plaufman@laufgerhard.com

**Certificate of Service**

I here by certify that on April 5, 2004, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties for whom counsel has

entered an appearance by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                         _s/ Alphonse A. Gerhardstein_
                                         Alphonse A. Gerhardstein