AO 456s (Rev. 8/01) Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Patricia Kammeyer, et al.,

                V.

City of Sharonville, et al.,

Case Number: 1:01-cv-00649

Senior District Judge S. Arthur Spiegel

### NOTICE

**TAKE NOTICE** that a SETTLEMENT CONFERENCE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 838 |
| | DATE AND TIME<br>MAY 18, 2004 at 3:00 PM |

SPECIAL INSTRUCTIONS:

1. **All parties must have available (either in person or by telephone) their client or a representative with full settlement authority.**

JAMES BONINI, CLERK

s/Kevin Moser
Kevin Moser
Case Manager
(513) 564-7620

cc: Alphonse Gerhardstein, Esq.   Paul Laufman, Esq.   Lawrence Barbiere, Esq.   Michael Maundrell, Esq.
    Thomas Keating, Esq.   Randolph Freking, Esq.   Elizabeth Ghiz, Esq.   Brian Hurley, Esq.
    Robert Gehring, Esq.