LAW OFFICES

# Crabbe, Brown & James LLP

30 GARFIELD PLACE
SUITE 740
CINCINNATI, OHIO 45202

TELEPHONE 513.784.1525
FAX 513.784.1250

Email: Bhurley@cbjlawyers.com
www.CBJLawyers.com

ROBERT J. GEHRING—*
BRIAN E. HURLEY

COLUMBUS OFFICE
500 S. FRONT STREET, STE. 1200
COLUMBUS, OHIO 43215
TELEPHONE 614.228.5511
FAX 614.229.4559

+Also Admitted in Kentucky

*Certified Civil Trial Specialist
by National Board of Trial Advocacy

BETH G. WAYNE
WILLIAM C. HICKS

LANCASTER OFFICE
111 S. BROAD STREET, STE. 209
LANCASTER, OHIO 43130
TELEPHONE 740.689.1743
FAX 740.689.1746

URBANA OFFICE
118 SCIOTO STREET
URBANA, OHIO 43078
TELEPHONE 937.652.4000

April 5, 2004

**VIA FACSIMILE**

Alphonse A. Gerhardstein, Esq.
617 Vine Street, Suite 1409
Cincinnati, Ohio 45202

Lawrence E. Barbiere, Esq.
Schroeder, Maundrell, Barbiere & Powers
11935 Mason Road, Suite 110
Cincinnati, Ohio 45249-3703

Thomas T. Keating, Esq.
Keating, Richie & Swick
8050 Hosbrook, Suite 200
Cincinnati, Ohio 45236

Randolph H. Freking, Esq.
Freking & Betz
215 East Ninth Street, 5th Floor
Cincinnati, Ohio 45202

Re: Patricia Kammeyer, et al. v. City of Sharonville, et al.
U.S. District Court, Southern District of Ohio, Case No. C-1-01-649

Gentlemen:

Attached find a copy of the Subpoena I served upon Ravert J. Clark for his deposition set for April 26, 2004.

I remain

Very truly yours,

Brian E. Hurley

BEH/ll
cc: Robert J. Gehring, Esq.

\\theserver\firmdocs\NUSS\allcounsel040504.ltr.wpd

Issued by the
# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| PATRICIA KAMMEYER, et al. | SUBPOENA IN A CIVIL CASE |
|---|---|
| V. | Case Number:' C-1-01-649 |
| CITY OF SHARONVILLE, et al. | |

TO: RAVERT J. CLARK, ESQ.
114 East Eighth Street, Suite 400
Cincinnati, Ohio 45202

__ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

XX YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Schroeder, Maundrell, Barbiere & Powers, Governor's Knoll, Suite 110, 11935 Mason Rd. Cincinnati, Ohio 45249 | April 26, 2004 @ 9:00 a.m. |

XX YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): See attachment.

| PLACE | DATE AND TIME |
|---|---|
| Schroeder, Maundrell, Barbiere & Powers, Governor's Knoll, Suite 110, 11935 Mason Rd. Cincinnati, Ohio 45249 | April 26, 2004 @ 9:00 a.m. |

__ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) *Brian T Hurley* | DATE 3-30-04 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Brian E. Hurley, Esq. 30 Garfield Place, Ste. 740, Cincinnati, Ohio 45202 (513) 784-1525

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

'If action is pending in district other than district of issuance, state district under case number.

## ATTACHMENT

All documents/files that in any way relate to one or more of the following:

1. Patricia Kammeyer
2. James Wright
3. Jan Loraine Miller
4. Sue Ranielle Baker
5. Dale Dorning
6. Albert Schuholz
7. The City of Sharonville, Ohio
8. William Nuss
9. Michael Schappa
10. James Cramer

If you maintain that some or all of the above-referenced documents/files are for any reason protected from discovery, provide a privilege log that, for each withheld document, state the following information:

1. the author(s)
2. the date
3. the recipient(s)
4. a brief statement of the topic(s)
5. a statement of why the document is protected

A088 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | Denise Duncan  3/30/04 | 114 E. 8th St Cinti OH 45202 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Denise Duncan | Personal |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Beth Wayne | Attorney |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  3/30/04
DATE

_Beth Wayne_
SIGNATURE OF SERVER

30 Garfield Place Ste 740 Cinti, O 45202
ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENA&

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden

(B) If a subpoena

(i) development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.