UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **PATRICIA KAMMEYER, et al.** | : | **CASE NO.: C-1-01-649** |
| **Plaintiffs,** | : | **Judge Spiegel** |
| | | **(Magistrate Perelman)** |
| vs. | : | |
| **CITY OF SHARONVILLE, OHIO, et al.** | : | |
| **Defendants.** | : | |

### RESPONSE OF DEFENDANT NUSS TO PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO QUASH SUBPOENAS TO PLAINTIFFS' FORMER ATTORNEY, MOTION FOR PROTECTIVE ORDER, AND MOTION FOR SANCTIONS (DOC. 145)

Plaintiffs state that their "motion remains ripe for decision." That is not accurate. Defendants have the right and intend to file papers opposing the motion. Those papers are not due until May 7, 2004. Until that happens, the motion is <u>not</u> ripe for decision.

Since the Motion For Sanctions against him and his counsel has been withdrawn, Defendant Nuss has only one comment with respect to Plaintiffs' clarification of the facts. While the "clarification" is accurate, it is also materially incomplete in that it deflects attention from the fact that it was inappropriate for Plaintiffs to file the motion in the first place.

        Respectfully submitted,

        s/Brian E. Hurley
        Brian E. Hurley (0007827)
        Robert J. Gehring (0019329)
        Crabbe, Brown & James LLP
        Attorneys For Defendant William Nuss
        30 Garfield Place, Suite 740
        Cincinnati, Ohio 45202-4359
        (513) 784-1525 - telephone
        (513) 784-1250 - facsimile
        Bhurley@cbjlawyers.com
        Rgehring@cblawyers.com

## CERTIFICATE OF SERVICE

    I hereby certify that on April 22, 2004 a copy of the forgoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties my access this filing through the Court's system.

        s/Brian E. Hurley
        Brian E. Hurley

\\theserver\firmdocs\NUSS\responsetoPlsuppmemoremotiontoquash.wpd