UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| PATRICIA KAMMEYER, et al. | : | Case No. C-1-01-649 |
| | : | J. Spiegel |
| Plaintiffs, | : | |
| | : | |
| v. | : | **MOTION FOR EXTENSION OF TIME** |
| | : | **TO RESPOND TO PLAINTIFFS'** |
| CITY OF SHARONVILLE, OHIO, et al. | : | **MOTION FOR SANCTIONS** |
| | : | |
| Defendants. | : | |

On April 14, 2004, Plaintiffs served their Motion to Quash Subpoenas to Plaintiffs' Former Attorney, Motion for Protective Order and Motion for Sanctions. Based on this Court's rules, a response is currently due on or before May 10, 2004. Defendant Nuss timely responded to the Motion to Quash and Motion for Protective Order on behalf of all Defendants. Defendant James Cramer is to respond to the Motion for Sanctions. Defendant hereby requests a one-week extension of time (or until May 17, 2004) to file a response. Counsel for Plaintiffs have indicated they do not object to this request.

Respectfully submitted,

　/s/ Leslie E. Ghiz　
Leslie E. Ghiz (0063781)
Randolph H. Freking (0009158)
Trial Attorneys for Plaintiff
FREKING & BETZ
215 East Ninth Street, Fifth Floor
Cincinnati, OH  45202
Phone:  (513) 721-1975
Fax:  (513) 651-2570
E-mails:  lghiz@frekingandbetz.com
　　　　　randy@frekingandbetz.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2004, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. mail to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Leslie E. Ghiz