UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| PATRICIA KAMMEYER, et al. | : | Case No. C-1-01-649 |
| Plaintiffs | : | Spiegel, J.<br>Sherman, Mag. |
| vs. | : | |
| CITY OF SHARONVILLE, et al. | : | PLAINTIFFS' MOTION FOR ENTRY GRANTING |
| Defendants | : | PLAINTIFFS EXTENSION OF TIME TO REPLY TO |
| | : | MEMORANDUM IN OPPOSITION TO MOTION TO |
| | : | QUASH SUBPOENA (DOC 150) |
| | : | |

Plaintiffs filed a Motion to Quash Subpoenas to Plaintiff's Former Attorney (Doc 145). All defendants filed a joint memorandum in opposition to this motion. (Doc 150). Plaintiffs now seek a brief extension of time in which to file their reply to this motion. Grounds for this motion are more fully set forth in the following memorandum.

### Memorandum in Support

Due to plaintiffs' counsel busy trial calendar and despite the exercise of due diligence, plaintiffs require until Friday, May 14, 2004 by which to file their reply to defendants memorandum in opposition to plaintiffs' pending motion.

Respectfully submitted,

 s/ Alphonse A. Gerhardstein
Alphonse A. Gerhardstein # 0032053
Trial Attorney for Plaintiffs
Paul Laufman  #0066667
Attorney for the Plaintiff
617 Vine Street, Suite 1409
Cincinnati, Ohio 45202

(513) 621-9100  
(513) 345-5543 fax  
agerhardstein@laufgerhard.com  
plaufman@laufgerhard.com

## Certificate of Service

I here by certify that on May 10, 2004 a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_s/ Paul M. Laufman_____  
Attorney for Plaintiffs