UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

PATRICIA KAMMEYER, *et al.*,

    Plaintiffs,

vs.

CITY OF SHARONVILLE, *et al.*,

    Defendants.

Case No. 1:01-cv-649
(Spiegel, J.; Black, M.J.)

**ORDER**

    This matter is before the Court on a motion by plaintiffs to extend until May 14, 2004, the time in which to file a reply to defendants' joint memorandum in opposition to plaintiffs' motion to quash. Although the motion does not strictly comply with local rules, *see* S.D. Ohio Civ. R. 7.3(a),[1] this Court finds that plaintiffs' counsel have shown good cause for the extension.

    Accordingly, **IT IS ORDERED THAT** the motion (doc. 152) is **GRANTED**.

Date:  5/11/04

s/Timothy S. Black
Timothy S. Black
United States Magistrate Judge

---

[1] Rule 7.3 provides in pertinent part as follows:

Prior to filing any motion for an extension of time, counsel shall consult with all parties ... whose interests might be affected by the granting of such relief and solicit their consent to the extension. The motion shall affirmatively state that such consultation has occurred or was attempted in good faith, and shall state whether the motion is unopposed.

S.D. Ohio Civ. R. 7.3(a).