UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

PATRICIA KAMMEYER, *et al.*,

   Plaintiffs,

vs.

CITY OF SHARONVILLE, *et al.*,

   Defendants.

Case No.  1:01-cv-649
(Spiegel, J.; Black, M.J.)

### ORDER GRANTING DEFENDANT JAMES CRAMER'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR SANCTIONS (Doc. 151)

This matter is before the Court on a motion by defendant James Cramer, by counsel, for a one-week extension of time in which to respond to plaintiffs' motion for sanctions (*see* doc. 145).  Counsel indicates that plaintiffs do not oppose the extension.

Accordingly, **IT IS ORDERED THAT** the motion (doc. 151) is **GRANTED**.  Defendant Cramer will file his response to plaintiffs' motion for sanctions **on or before May 17, 2004**.

   **IT IS SO ORDERED.**


Date:  5/11/04

   s/Timothy S. Black
   Timothy S. Black
   United States Magistrate Judge