# RAVERT J. CLARK, ESQ.
114 E. 8th Street
Suite 400
Cincinnati, Ohio 45202
513-587-2887
Fax 513-621-2525

March 12, 2004

Paul Laufman, Esq.
617 Vine Street
Suite 1409
Cincinnati, OH 45202

RE: Schuholz and the City of Sharonville

Dear Paul:

During a telephone conversation in mid-February, I requested you make copies of any documents I had provided to you on behalf of my former, and your current clients, Patti Kammeyer and Jim Wright. During this conversation, you told me you would provide the copies. You indicated while you may want to make some form of objection to my production of the documents, you would still get the copies to me. To date I have not received any documents from you. I am obligated to respond to a federal subpoena and again request you provide me with copies of all documents I provided to you. Time is of the essence, thus I ask you proved those copies by March 19, 2004.

Very truly yours,

JAY CLARK
Attorney at law.

3/12/04



DEFENDANT'S EXHIBIT B