# FREKING & BETZ
*Advocates for Employees*

| | | |
|---|---|---|
| RANDOLPH H. FREKING* <br> SHEILA M. SMITH <br> MARK W. NAPIER* <br> THOMAS A. JACKSON <br> CHARLES T. MCGINNIS, III <br> MARSHA CALLOWAY CAMPBELL <br> CARRIE ATKINS BARRON** <br> LESLIE ELIZABETH GHIZ*** | 215 EAST NINTH STREET <br> FIFTH FLOOR <br> CINCINNATI, OHIO 45202 <br><br> TELEPHONE: 513-721-1975 <br> FACSIMILE: 513-651-2570 <br><br> www.frekingandbetz.com <br> Randy@frekingandbetz.com | KELLY MULLOY MYERS* <br> MEGAN E. CLARK <br> GEORGE M. REUL, JR. <br> LEANNE R. MONTGOMERY <br> ANN KOIZE WITTENAUER <br> TOD J. THOMPSON <br> ELIZABETH S. LORING <br><br> *Also Admitted in Kentucky <br> **Also Admitted in Indiana and Illinois <br> ***Also Admitted in West Virginia |

March 4, 2004

**VIA FACSIMILE AND U.S. MAIL**
621-2525

Jay Clark, Esq.
114 East Eighth Street, Suite 400
Cincinnati, OH 45202

      RE:    <u>Patricia Kammeyer, et al. v. City of Sharonville, Ohio, et al.</u>;
                 Case No. C-1-01-649

Dear Jay:

      We need your documents that were subpoenaed ASAP. If you gave your file to other counsel, I would suggest you obtain a complete copy and produce everything that is non-privileged.

      We will file a motion with the Court if we do not receive all responsive documents by March 12.

                                    Sincerely,

                                    Randolph H. Freking

RHF/klp

    cc:    Thomas T. Keating, Esq.
            Lawrence E. Barbiere, Esq.
            Brian E. Hurley, Esq.



DEFENDANT'S EXHIBIT C