UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| PATRICIA KAMMEYER, et al. | : | Case No. C-1-01-649 |
| Plaintiffs | : | Spiegel, J.<br>Sherman, J. |
| vs. | : | |
| | | PLAINTIFFS' REPLY TO JOINT |
| CITY OF SHARONVILLE, et al. | : | MEMORANDUM OF<br>DEFENDANTS RE MOTION TO |
| Defendants | : | QUASH |

Pending before the court is a motion for protective order and motion to quash a subpoena to a former attorney who represented the plaintiffs. This Court cannot reasonably address the issues without knowing what the attorney's file contains which is the subject of the motion. Plaintiffs will provide a log before the status conference on May 18, 2004 which will be shared with counsel and brought to chambers but not filed as a public record. Trial counsel in this case has been working part time for the past month due to personal issues and requests permission to supplement this reply when that log is prepared and he is in the office to draft the supplemental reply.

                **Respectfully submitted,**

                _s/ Alphonse A. Gerhardstein_
                Alphonse A. Gerhardstein # 0032053
                Trial Attorney for Plaintiffs
                Paul Laufman  #0066667
                Attorney for the Plaintiff
                617 Vine Street, Suite 1409
                Cincinnati, Ohio 45202

(513) 621-9100
(513) 345-5543 fax
agerhardstein@laufgerhard.com
plaufman@laufgerhard.com

**Certificate of Service**

I here by certify that on May 14, 2004, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

 _s/ Alphonse A. Gerhardstein_____
Alphonse A. Gerhardstein