UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


PATRICIA KAMMEYER, et al.,     :     NO. 1:01-CV-00649
                               :
        Plaintiffs,            :
                               :     **ORDER**
    v.                         :
                               :
CITY OF SHARONVILLE,           :
            et al.,            :
                               :
        Defendants.            :


The parties met before the Court on May 18, 2004, for a status conference.

The parties informed the Court as to their cooperative efforts to conduct discovery, but indicated that problems in scheduling depositions as well as schedule demands over the coming months necessitate a continuance of the trial.  Having reviewed this matter, the Court finds it appropriate to VACATE its prior pretrial scheduling Order (doc. 134), and to RESET this matter according to the following schedule:

**I**
**PROCEEDINGS FOR TRIAL**

This matter will proceed to trial as follows:

(A)  Any motions will be filed by January 1, 2005. Motions must be filed by this date, and any motions filed after this date may be subject to a motion to strike.  Parties are referred to Local Rule 7.2, which restricts letters to the Court.  Correspondence with the Court should be by motion, except as expressly permitted by the Rule.

(B)  Discovery will be completed by January 1, 2005.  All matters relating to discovery will be referred to the United States Magistrate Judge to whom the case has been assigned.

(C)  A final pretrial conference has been tentatively scheduled for March 24, 2005, at 2:00 P.M.

(D)  Trial has been tentatively scheduled for May 10, 2005, on an on-deck basis.  On-deck trials will be released late Thursday afternoon the week before the scheduled trial date.

(E)  This is expected to be a two-week jury trial.

(F)  Proposed jury instructions are to be submitted three business days before the trial date.

(G)  Exhibits are to be submitted ten days prior to trial.

(H)  Any motions or entries for extensions of time must recite the final pretrial date and trial date.

(I)  The Court schedules a settlement conference for 2:00 P.M. on November 18, 2004.  Persons with full settlement authority must be available, either in person or by telephone.

## II
### ORDERING OF TRANSCRIPTS

Any request for daily copy of a trial should be made to Mary Ann Ranz, the Judge's Court Reporter, at the time of the final pretrial conference.  Under no circumstances will the Judge allow a daily transcript or an over-night transcript if daily copy is not arranged in advance of trial.

## III
### STATUS REPORTS

It will not be necessary for counsel to advise the Court in writing on the status of this case.

**IV**

**ADDITIONAL CONFERENCES**

If the need for the Court's assistance arises, counsel may make a joint appointment for additional conferences.


**V**

**TRANSFERRAL**

In accordance with Western Division Rule No. 1 and Rule 53, Federal Rules of Civil Procedure, this matter may be transferred to the United States Magistrate Judge for disposition or for him to serve as Master.


SO ORDERED.

Dated: May 19, 2004          /s/ S. Arthur Spiegel
                            S. Arthur Spiegel
                            United States Senior District Judge