# FREKING & BETZ
ADVOCATES FOR WORKING PEOPLE

RANDOLPH H. FREKING*
SHEILA M. SMITH
MARK W. NAPIER*
THOMAS A. JACKSON
CHARLES T. MCGINNIS, III
MARSHA CALLOWAY-CAMPBELL
CARRIE ATKINS BARRON**
LESLIE ELIZABETH GHIZ***

215 EAST NINTH STREET
FIFTH FLOOR
CINCINNATI, OHIO 45202

TELEPHONE: 513-721-1975
FACSIMILE : 513-651-2570

www.frekingandbetz.com

randy@frekingandbetz.com

KELLY MULLOY MYERS*
MEGAN E. CLARK
GEORGE M. REUL, JR.
LEANNE R. MONTGOMERY
ANN KOIZE WITTENAUER
TOD J. THOMPSON
ELIZABETH S. LORING

*Also Admitted in Kentucky
**Also Admitted in Indiana and Illinois
***Also Admitted in West Virginia

April 13, 2004

Alphonse A. Gerhardstein, Esq.
Paul Laufman, Esq.
Laufman & Gerhardstein
1409 Enquirer Building
617 Vine Street
Cincinnati, OH 45202

RE: Patricia Kammeyer, et al. v. City of Sharonville, Ohio, et al.;
U.S. District Court, Southern District of Ohio
Case No. C-1-01-649

Dear Al and Paul:

As we discussed during our conference call today, enclosed are copies of the documents that Jay Clark delivered to our office pursuant to the subpoena that we issued to him.

In any event, the documents enclosed were delivered in two separate sets by Mr. Clark and he advised me verbally that he was not producing any documents protected by the attorney-client privilege. As I have stated previously, he also told me before any production that he had already produced the file to your office and that he believed that correspondence from his file was missing.

Please advise me as soon as possible, if you believe that any of the documents enclosed are protected by the attorney-client privilege. We plan to move forward with the depositions of Mr. Dorning and Mr. Clark on April 23 and April 26.

Sincerely,

Randolph H. Freking

RHF/klp