**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **PATRICIA KAMMEYER, et al.** | : | **CASE NO.: C-1-01-649** |
| Plaintiffs, | : | Judge Spiegel (Magistrate Hogan) |
| vs. | : | |
| **CITY OF SHARONVILLE, OHIO, et al.** | : | **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE** |
| Defendants. | : | **RESPONSE TO PLAINTIFFS' OBJECTIONS TO MAGISTRATE'S** |
| | : | <u>**ORDER OF JUNE 14, 2004**</u> |

Defendants, by and through counsel, jointly move this Court for an extension from July 19, 2004 to July 23, 2004 to file their response(s) to Plaintiffs' Objections To Magistrate's Order of June 14, 2004. Plaintiffs do not oppose this Motion. (<u>See</u> copy of letter to Attorney Gerhardstein, attached hereto.)

Respectfully submitted,

s/Brian E. Hurley
Brian E. Hurley (0007827)
Robert J. Gehring (0019329)
Crabbe, Brown & James LLP
30 Garfield Place, Suite 740
Cincinnati, Ohio 45202-4359
(513) 784-1525 - telephone
(513) 784-1250 - facsimile
Bhurley@cbjlawyers.com
Rgehring@cblawyers.com

Attorneys For Defendant William Nuss

s/Randolph H. Freking
Randolph H. Freking, Esq. (0009158 )
Freking & Betz
215 East Ninth Street, 5th Floor
Cincinnati, Ohio 45202
(513) 721-1975 - telephone
(513) 651-2570 - facsimile
email: rfreking@frekingandbetz.com

Attorney For Defendant Cramer

| | |
|---|---|
| s/Lawrence E. Barbiere | s/Thomas T. Keating |
| Lawrence E. Barbiere, Esq. (0027106) | Thomas T. Keating, Esq. (0011359) |
| Schroeder, Maundrell, Barbiere & Powers | Keating, Richie & Swick |
| Counsel For Defendants Schappa and City of Sharonville | Counsel For Defendants Schappa and City of Sharonville |
| 119 Mason Road, Suite 110 | 8050 Hosbrook, Suite 200 |
| Cincinnati, Ohio 45249-3703 | Cincinnati, Ohio 45236 |
| (513) 583-4210 - telephone | (513) 891-1530 - telephone |
| (513) 583-4203 - facsimile | (513) 891-1537 - facsimile |
| email: lbarbiere@schroederlaw.com | tkeating@krslawyers.com |

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2004, a copy of the forgoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties my access this filing through the Court's system.

s/Brian E. Hurley
Brian E. Hurley

\\theserver\FirmDocs\NUSS\extmot.wpd