LAW OFFICES

# Crabbe, Brown & James LLP

30 GARFIELD PLACE
SUITE 740
CINCINNATI, OHIO 45202

TELEPHONE 513.784.1525
FAX 513.784.1250

Email: Bhurley@cbjlawyers.com

www.CBJLawyers.com

July 8, 2004

ROBERT J. GEHRING +*
BRIAN E. HURLEY
BETH G. WAYNE

**COLUMBUS OFFICE**
500 S. FRONT STREET, STE. 1200
COLUMBUS, OHIO 43215
TELEPHONE 614.228.5511
FAX 614.229.4559

+Also Admitted in Kentucky

*Certified Civil Trial Specialist
by National Board of Trial Advocacy

**LANCASTER OFFICE**
111 S. BROAD STREET, STE. 209
LANCASTER, OHIO 43130
TELEPHONE 740.689.1743
FAX 740.689.1746

**URBANA OFFICE**
118 SCIOTO STREET
URBANA, OHIO 43078
TELEPHONE 937.652.4000

**VIA FACSIMILE**
Alphonse A. Gerhardstein, Esq.
Paul Laufman, Esq.
Laufman & Gerhardstein
1409 Enquirer Building
617 Vine Street
Cincinnati, Ohio 45202

    Re:    Patricia Kammeyer, et al. v. City of Sharonville, et al.
          U.S. District Court, Southern District of Ohio, Case No. C-1-01-649

Gentlemen:

This letter will serve to confirm you have agreed that Defendants shall have until July 23, 2004 to file the response to Plaintiffs' Objections to Magistrate Black's Order of June 14, 2004.

Thank you for your cooperation. I remain

Very truly yours,

Brian E. Hurley

Brian E. Hurley

BEH/ll
**via facsimile to:**
Lawrence E. Barbiere, Esq.
Thomas T. Keating, Esq.
Randolph H. Freking, Esq.
Leslie Ghiz, Esq.