UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **PATRICIA KAMMEYER, et al.** | : | CASE NO.: C-1-01-649 |
| Plaintiffs, | : | Judge Spiegel |
| | : | (Magistrate Hogan) |
| vs. | : | |
| **CITY OF SHARONVILLE, OHIO, et al.** | : | **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE** |
| **Defendants.** | : | **RESPONSE TO PLAINTIFFS' OBJECTIONS TO MAGISTRATE'S** |
| | : | **ORDER OF JUNE 14, 2004** |

Defendants, by and through counsel, jointly move this Court for an extension from July 19, 2004 to July 23, 2004 to file their response(s) to Plaintiffs' Objections To Magistrate's Order of June 14, 2004. Plaintiffs do not oppose this Motion. (See copy of letter to Attorney Gerhardstein, attached hereto.)

Respectfully submitted,

s/Brian E. Hurley
Brian E. Hurley (0007827)
Robert J. Gehring (0019329)
Crabbe, Brown & James LLP
30 Garfield Place, Suite 740
Cincinnati, Ohio 45202-4359
(513) 784-1525 - telephone
(513) 784-1250 - facsimile
Bhurley@cbjlawyers.com
Rgehring@cblawyers.com

Attorneys For Defendant William Nuss

s/Randolph H. Freking
Randolph H. Freking, Esq. (0009158)
Freking & Betz
215 East Ninth Street, 5th Floor
Cincinnati, Ohio 45202
(513) 721-1975 - telephone
(513) 651-2570 - facsimile
email: rfreking@frekingandbetz.com

Attorney For Defendant Cramer