

## DOCUMENT REQUESTS

RESPONSE AS TO ALL REQUESTS – SEE DISK AND DOCUMENTS SUPPLEMENTING DISK.

### PRIVILEGE LOG:

| BATES NO | DATE | ITEM | BASIS |
|---|---|---|---|
| 30003-4 | 3/23/99 | Letter from attorney Jay Clark | Attorney-Client privilege |
| 300013-17 | 11/8/98 | Email Cecil Hurd | Private email among family |
| 300024-25 | 11/30/97 | Email to Cecil Hurd | Relevance; personal family email, no reference to case |
| 300139-143 | 8/22/98 | Email to Cecil Hurd | Private email among family |
| 300144-145 | 8/22/98 | Email to Cecil Hurd | Private email among family |
| 300148-153 | Undated | Notes about case, | Attorney-Client privilege |
| 300154 | Undated | Notes from attorney contact | Attorney-Client privilege |
| | Sept, 2001 | Fee agreement with Gerhardstein | Attorney-Client privilege |
| 300101 | 4/20/98 | Email Jim to Patti | Private email among family |
| 180001-180067 | Various | Jay Clark File | Attorney-Client privilege |

1.    Each and every document that you reviewed and/or relied upon in formulating your response to Interrogatory number 1.

2.    Each and every document that you reviewed and/or relied upon in formulating your response to Interrogatory number 2.

3.    Each and every document that you reviewed and/or relied upon in formulating your