AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

PATRICIA KAMMEYER, et al.

                Case Number:   1:01-cv-00649

    V.

CITY OF SHARONVILLE, et al.        Senior District Judge S. Arthur Spiegel

### NOTICE

    **TAKE NOTICE** that a SETTLEMENT CONFERENCE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 838 |
| | DATE AND TIME<br>NOVEMBER 18, 2004 at 2:00 PM |

SPECIAL INSTRUCTIONS:

    1.    **All parties must have available (either in person or by telephone) their client or a representative with full settlement authority.**

                                      JAMES BONINI, CLERK

                                      s/Kevin Moser<br>
                                      Kevin Moser<br>
                                      Case Manager<br>
                                      (513) 564-7620

cc: Alphonse Gerhardstein, Esq.    Paul Laufman, Esq.    Lawrence Barbiere, Esq.    Michael Maundrell, Esq.    Thomas Keating, Esq.    Randolph Freking, Esq.    Leslie Ghiz, Esq.    Brian Hurley, Esq.    Robert Gehring, Esq.