# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

PATRICIA KAMMEYER, *et al.*,               Case No.  1:01-cv-649

      Plaintiffs,                          Spiegel, J.
                                     Black, M.J.

vs.

CITY OF SHARONVILLE, *et al.*,

      Defendants.                          **ORDER**


At the request of the parties, and pursuant to local rules, the Court conducted an informal telephone conference on September 16, 2004 to address a discovery dispute arising from the issuance of subpoenas *duces tecum* to Michael K. Allen, the Hamilton County Prosecuting Attorney, a non-party, and two of his employees.  The parties, by counsel, and Mark Vollman, Esq., on behalf of Mr. Allen and the Hamilton County Prosecutor's Office, agreed to an expedited briefing schedule to address the issues, as follows:

1.     A motion to quash the subpoena and/or motion for a protective order may be **FILED ON OR BEFORE THURSDAY, SEPTEMBER 30, 2004**;

2.     A memorandum in opposition may be **FILED ON OR BEFORE TUESDAY, OCTOBER 5, 2004**; and

3.     A reply may be **FILED ON OR BEFORE FRIDAY, OCTOBER 8, 2004.**

**IT IS SO ORDERED**.

Date:  9/16/04                          s/Timothy S. Black
                                        Timothy S. Black
                                        United States Magistrate Judge