# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| PATRICIA KAMMEYER, *et al.*, | Case No. 1:01-cv-649 |
| Plaintiffs, | Spiegel, J. |
| | Black, M.J. |
| vs. | |
| CITY OF SHARONVILLE, *et al.*, | |
| Defendants. | **ORDER** |

The Court conducted an informal telephone conference on September 29, 2004 to address a request for an extension of the briefing schedule established on September 16, 2004, to address a discovery dispute arising from the issuance of subpoenas *duces tecum* to Michael K. Allen, the Hamilton County Prosecuting Attorney, a non-party, and two of his employees. The briefing schedule is adjusted as follows:

1. A motion to quash the subpoenas and/or motion for a protective order may be electronically **FILED ON OR BEFORE MONDAY, OCTOBER 11, 2004**;

2. A memorandum in opposition may be **FILED ON OR BEFORE MONDAY OCTOBER 18, 2004**; and

3. A reply may be **FILED ON OR BEFORE THURSDAY, OCTOBER 21, 2004. IT IS SO ORDERED**.

Date: 9/29/04

s/Timothy S. Black
Timothy S. Black
United States Magistrate Judge