UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **PATRICIA KAMMEYER, et al.,** | : | **CASE NO. 1:01cv00649** |
| | : | (J. Spiegel) |
| **Plaintiffs** | : | |
| | : | |
| vs. | : | |
| | : | |
| **CITY OF SHARONVILLE, OHIO, et al.,** | : | |
| | : | |
| **Defendants** | : | |

NOTICE OF MANUAL FILING
OF DOCUMENTS UNDER SEAL

Defendants hereby provide notice that documents permitted to be filed under seal pursuant to Order of this Court (**Doc. 79**) are being filed under seal with the Court this **5th day of October, 2004.**

                                                                                   **s/Lawrence E. Barbiere**
                                                Lawrence E. Barbiere
                                                Ohio Bar Number: 0027106
                                                Attorney for Defendants, City of Sharonville, Ohio, and Mike Schappa
                                                **SCHROEDER, MAUNDRELL, BARBIERE & POWERS**
                                                11935 Mason Road, Suite 110
                                                Cincinnati, OH  45249
                                                (513) 583-4200
                                                (513) 583-4203 (fax)
                                                Email:  lbarbiere@schroederlaw.com

OF COUNSEL:

Michael E. Maundrell (0027110)
**SCHROEDER, MAUNDRELL, BARBIERE & POWERS**
11935 Mason Road, Suite 110
Cincinnati, OH  45249
(513) 583-4200

## CERTIFICATE OF SERVICE

  I hereby certify that on **October 5th, 2004,** I electronically filed the foregoing **Notice** with the Clerk of the Court using the CM/ECFF system which will send notification to the following: Alphonse A. Gerhardstein, Esq., *Attorney for plaintiffs*, and *Thomas T. Keating, Esq., Attorney for Defendant, James I. Cramer*.

                   _____**s/ Lawrence E. Barbiere**_____
                   Lawrence E. Barbiere