```
             UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF OHIO
                  WESTERN DIVISION
```

PATRICIA KAMMEYER, et. al.,  :
                             :  NO. 1:01-CV-00649
        Plaintiffs,           :
                             :
                             :  **ORDER**
   v.                         :
                             :
                             :
CITY OF SHARONVILLE, et al., :
                             :
        Defendants.           :


On October 21, 2004 both parties contacted the Court via telephone. Defendants requested an extra week to file a Reply Memorandum in Support of their Motion to Quash (See doc. 174). Plaintiffs opposed the Defendants' request. However, the Court finds the request of the Defendants well-taken. As such, the Court ORDERS that Defendants' Reply Memorandum in Support their Motion to Quash be filed no later than Friday, October 29, 2004.

SO ORDERED.


Dated: October 21, 2004        s/S. Arthur Spiegel
                               S. Arthur Spiegel
                               United States Senior District Judge