UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| PATRICIA KAMMEYER, et al. | : | NO. 1:01-CV-649 |
| Plaintiff | : | (Judge Spiegel) |
| vs. | : | **SUPPLEMENTAL AFFIDAVIT OF RICHARD J. GIBSON, ASSISTANT PROSECUTING ATTORNEY** |
| CITY OF SHARONVILLE, et al. | : | |
| Defendants | : | |

STATE OF OHIO        )
                                )SS:
COUNTY OF HAMILTON   )

Now comes the undersigned Richard Gibson Hamilton County Assistant Prosecuting Attorney and after being first duly cautioned and sworn deposes as follows:

1. That he is the Prosecuting Attorney assigned to the case involving the prosecution of the Grand Jury murder indictment of Albert Schuholz.

2. That this case was first brought to his attention in late 1997 or early 1998 by Detective Dale Dorning of the Sharonville Police Department.

3. At the time Detective Dorning contacted him in regard to this matter, to his knowledge, no file existed at the Hamilton County Prosecutor's Office.

4. That the materials in his file include materials given to him by the Sharonville Police Department and materials he collected, or other persons collected under his direction.

5. That he disclosed none of the contents of the file to third parties but at some point he returned some items from the file that the Sharonville Police Department had given to him in response to their request that they needed certain items they had given to him to comply with a Court

order in the instant case. Any of the items returned to the Sharonville Police Department were items that the Sharonville Police Department initially had given him.

FURTHER AFFIANT SAYETH NAUGHT.

*Richard D. Gibson*
Richard J. Gibson
Assistant Prosecuting Attorney

Sworn to and subscribed before me a Notary Public this 29th day of October, 2004.

*Carolyn D. Blocksom*
Notary Public

CAROLYN D. BLOCKSOM
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES 05-18-05

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was served by upon each party or attorney of record in the proceedings by ordinary U.S. mail or electronically on this 29th day of October, 2004.

/s/Mark C. Vollman 0007040
Assistant Prosecuting Attorney

2