AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

PATRICIA KAMMEYER, et al.,

                Case Number: 1:04-cv-00649

    V.

CITY OF SHARONVILLE, et al.,        Senior District Judge S. Arthur Spiegel

## NOTICE

**TAKE NOTICE** that a HEARING ON MOTION TO QUASH SUBPOENA (DOC. 174) in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 842 |
| | **DATE AND TIME**<br>DECEMBER 9, 2004 at 11:00 AM |

JAMES BONINI, CLERK

s/Kevin Moser
Kevin Moser
Case Manager
(513) 564-7620

cc: Alphonse Gerhardstein, Esq.   Paul Laufman, Esq.   Lawrence Barbiere, Esq.   Michael Maundrell, Esq.
    Thomas Keating, Esq.   Randolph Freking, Esq.   Leslie Ghiz, Esq.   Brian Hurley, Esq.
    Robert Gehring, Esq.