**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **PATRICIA KAMMEYER, et al.,** | : | **CASE NO. 1:01cv00649** |
| | : | **(J. Spiegel)** |
| **Plaintiffs** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **CITY OF SHARONVILLE, OHIO, et al.,** | : | |
| | : | |
| **Defendants** | : | |

**NOTICE OF MANUAL FILING**
**OF DEPOSITIONS UNDER SEAL**

Defendants hereby provide notice that depositions  permitted to be filed under seal

pursuant to Order of this Court  (**Doc. 79**) are being filed under seal with the Court this   **10th**

**day of November, 2004.**  The depositions are as follows:

> **Deposition of Michael Schappa;**
>
> **Deposition of Jan Lorraine Miller;**
>
> **Deposition of Patricia Kammeyer;**
>
> **Deposition of James Wright;**
>
> **Deposition of Dale Dorning;**
>
> **Deposition of Paul Deardorff, Ph.D.**

> **Defendants' Exhibits 12, 13, 14, and 15 are not included in this filing as they have**

**been previously filed under seal.**

> **Plaintiffs' Exhibits 1 and 2 (audio tapes) to the deposition of Michael Schappa are**

**not included in this filing.**

_____s/Lawrence E. Barbiere_____
Lawrence E. Barbiere
Ohio Bar Number: 0027106
Attorney for Defendants, City of Sharonville, Ohio,
and Mike Schappa
SCHROEDER, MAUNDRELL, BARBIERE & POWERS
11935 Mason Road, Suite 110
Cincinnati, OH  45249
(513) 583-4200
(513) 583-4203 (fax)
Email:  lbarbiere@schroederlaw.com

OF COUNSEL:

Michael E. Maundrell (0027110)
SCHROEDER, MAUNDRELL, BARBIERE & POWERS
11935 Mason Road, Suite 110
Cincinnati, OH  45249
(513) 583-4200

## CERTIFICATE OF SERVICE

I hereby certify that on **November   10th  , 2004,** I electronically filed the foregoing **Notice** with the Clerk of the Court using the CM/ECFF system which will send notification to the following:  Alphonse A. Gerhardstein, Esq., *Attorney for plaintiffs*, Randolph Freking, Esq., *Attorney for Defendant, Cramer,* Brian Hurley, *Attorney for Defendant, Nuss*, and Thomas Keating, Esq., *Attorney for City of Sharonville.*

_____s/ Lawrence E. Barbiere_____
Lawrence E. Barbiere

-2-