AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

PATRICIA KAMMEYER, et al.,

        V.

CITY OF SHARONVILLE, et al.,

Case Number:  1:01-cv-00649

Senior District Judge S. Arthur Spiegel

NOTICE

**TAKE NOTICE** that the HEARING ON MOTION TO QUASH SUBPOENA (DOC. 174) in this case has been RESET from 12/9/04 to the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 842 |
| | DATE AND TIME<br>DECEMBER 28, 2004 at 2:00 PM |

JAMES BONINI, CLERK

s/Kevin Moser
Kevin Moser
Case Manager
(513) 564-7620

cc: Alphonse Gerhardstein, Esq.   Paul Laufman, Esq.   Lawrence Barbiere, Esq.   Michael Maundrell, Esq.
    Thomas Keating, Esq.   Randolph Freking, Esq.   Leslie Ghiz, Esq.   Brian Hurley, Esq.
    Robert Gehring, Esq.