UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| PATRICIA KAMMEYER, et al. | : | Case No. C-1-01-649 |
| Plaintiffs | : | Spiegel, J.<br>Black, J. |
| vs. | : | |
| CITY OF SHARONVILLE, et al. | : | **PLAINTIFF'S NOTICE OF MANUAL FILING OF DEPOSITIONS OF JAMES CRAMER, SUE RANIELLE BAKER, GREG HOMER, CLARENCE HODGE, AND ALAN HAYES** |
| Defendants | : | |
| | : | |
| | : | (ALL UNDER SEAL) |
| | : | |

Comes now the Plaintiffs and hereby give notice as to the manual filing of the following depositions in support of their memorandum in opposition to defendants' motion for summary judgment (Doc. 180). These depositions contain confidential material subject to the court's protective orders (Doc 79) and are hereby filed under seal.

1) James Cramer

2) Sue Ranielle Baker

3) Greg Homer

4) Clarence Hodge

5) Alan Hayes

                                            Respectfully submitted,

                                            _s/ Alphonse A. Gerhardstein_
                                            Alphonse A. Gerhardstein # 0032053
                                            Trial Attorney for Plaintiffs
                                            Paul Laufman  #0066667
                                            Attorney for the Plaintiff

617 Vine Street, Suite 1409
Cincinnati, Ohio 45202
(513) 621-9100
(513) 345-5543 fax
agerhardstein@laufgerhard.com
plaufman@laufgerhard.com

**Certificate of Service**

I here by certify that on November 16, 2004, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

   s/ Alphonse A. Gerhardstein
Alphonse A. Gerhardstein