AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

PATRICIA KAMMEYER, et al.,

                                         Case Number:   1:01-cv-00649

      V.

CITY OF SHARONVILLE, et al.,          Senior District Judge S. Arthur Spiegel

### NOTICE

**TAKE NOTICE** that the HEARING ON MOTION TO QUASH SUBPOENA (DOC. 174) in this case has been RESET from 12/9/04 to the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 842 |
| | **DATE AND TIME**<br>DECEMBER 2, 2004 at 10:00 AM |

JAMES BONINI, CLERK

s/Kevin Moser
Kevin Moser
Case Manager
(513) 564-7620

cc:  Alphonse Gerhardstein, Esq.   Paul Laufman, Esq.   Lawrence Barbiere, Esq.   Michael Maundrell, Esq.
    Thomas Keating, Esq.   Randolph Freking, Esq.   Leslie Ghiz, Esq.   Brian Hurley, Esq.
    Robert Gehring, Esq.   Mark Vollman, Esq.   Christian Schaefer, Esq.