UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| PATRICIA KAMMEYER, et al., | : | Case No. C-1-01-649 |
| | : | J. Spiegel |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF SHARONVILLE, OHIO, et al,. | : | |
| | : | |
| Defendants. | : | |

**DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' MOTION FOR EXTENSION OF TIME FOR DISCOVERY AND DISPOSITIVE MOTIONS**

Defendants hereby request an extension until December 15, 2004 to respond to Plaintiffs' Memorandum in Opposition to Defendants' Motion for Summary Judgment. Additionally, Defendants request an extension of time for discovery and dispositive motions. Discovery will be concluded no later than January 31, 2005, and dispositive motions will be due no later than February 15, 2005. Trial date will remain set for May, 2005.

The Plaintiffs have been contacted regarding the extensions and are not opposed to them.

Respectfully submitted,

/s/ Leslie E. Ghiz
Leslie E. Ghiz (#0063781)
Randolph H. Freking (#0009158)
Attorneys for Defendant Cramer
FREKING & BETZ
215 East Ninth Street, Fifth Floor
Cincinnati, OH  45202
(513) 721-1975
(513) 651-2570 (fax)
lghiz@frekingandbetz.com

/s/ Lawrence E. Barbiere
Lawrence E. Barbiere, Esq.
Michael E. Maundrell, Esq.
Schroeder, Maundrell, Barbiere & Powers
Attorneys for Defendant City of Sharonville
11935 Mason Road, Suite 110
Cincinnati, OH 45249
(513) 583-4200
(513) 583-4203 (fax)
www.schroederlaw.com


/s/ Brian E. Hurley
Brian E. Hurley, Esq.
Robert J. Gehring, Esq.
Attorneys for Defendant Nuss
Crabbe, Brown &James, LLP
30 Garfield Place, Suite 940
Cincinnati, OH 45202
(513) 784-1525
(513) 784-1250 (fax)
*bhurley@cbjlawyers.com*


/s/ Thomas T. Keating
Thomas T. Keating, Esq.
Attorney for City of Sharonville
Keating, Ritchie & Swick
8050 Hosbrook Road, Suite 200
Cincinnati, OH 45236
(513) 891-1530
(513) 891-1537 (fax)
*tkeating@krslawyers.com*

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2004, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. mail to those parties who are not served via the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Leslie E. Ghiz