UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| PATRICIA KAMMEYER, et al., | : Case No. C-1-01-649 |
| | : J. Spiegel |
| Plaintiffs, | : |
| | : |
| v. | : |
| | : |
| CITY OF SHARONVILLE, OHIO, et al,. | : |
| | : |
| Defendants. | : |

**DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' MOTION FOR EXTENSION OF TIME FOR DISCOVERY AND DISPOSITIVE MOTIONS**

Defendants hereby request an extension until December 15, 2004 to respond to Plaintiffs' Memorandum in Opposition to Defendants' Motion for Summary Judgment. Additionally, Defendants request an extension of time for discovery and dispositive motions. Discovery will be concluded no later than January 31, 2005, and dispositive motions will be due no later than February 15, 2005. Trial date will remain set for May, 2005.

The Plaintiffs have been contacted regarding the extensions and are not opposed to them.

Respectfully submitted,

/s/ Leslie E. Ghiz
Leslie E. Ghiz (#0063781)
Randolph H. Freking (#0009158)
Attorneys for Defendant Cramer
FREKING & BETZ
215 East Ninth Street, Fifth Floor
Cincinnati, OH 45202
(513) 721-1975
(513) 651-2570 (fax)
lghiz@frekingandbetz.com