### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| PATRICIA KAMMEYER, et al. | : | CASE NO.: C-1-01-649 |
| Plaintiffs, | : | Judge Spiegel |
| vs. | : | |
| CITY OF SHARONVILLE, OHIO, et al. | : | NOTICE OF FILING UNDER SEAL JOINT REPLY MEMORANDUM OF DEFENDANTS TO PLAINTIFFS' |
| Defendants. | : | MEMORANDUM IN OPPOSITION TO JOINT MOTION OF DEFENDANTS FOR |
| | : | SUMMARY JUDGMENT |

By previous order of this Court the parties have been directed to file under seal confidential information and documents. Because the Joint Reply Memorandum Of Defendants To Plaintiffs' Memorandum In Opposition To Joint Motion Of Defendants For Summary Judgment may contain some of the confidential information, it has been filed under seal on December 15, 2004.

Respectfully submitted,

s/Brian E. Hurley
Brian E. Hurley (0007827)
Robert J. Gehring (0019329)
Crabbe, Brown & James LLP
Attorneys For Defendant William Nuss
30 Garfield Place, Suite 740
Cincinnati, Ohio 45202-4359
(513) 784-1525 - telephone
(513) 784-1250 - facsimile
Bhurley@cbjlawyers.com
Rgehring@cblawyers.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 15, 2004, a copy of the forgoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties my access this filing through the Court's system.

         s/Brian E. Hurley                    
         Brian E. Hurley

\\theserver\firmdocs\NUSS\notice.msjr.wpd