IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAMES BONINI
CLERK

04 DEC 28 PM 12: 14

| | | |
|---|---|---|
| PATRICIA KAMMEYER, et al. | : | Case No.1:01-CV-00649 |
| | : | |
| Plaintiffs | : | (Judge Spiegel) |
| | : | (Magistrate Judge Black) |
| vs | : | |
| | : | **NOTICE OF APPEAL** |
| CITY OF SHARONVILLE, et al. | : | |
| | : | |
| Defendants | : | |
| | : | |

Notice is hereby given that Michael K. Allen, Hamilton County Prosecutor, John Jay and Terry Gaines hereby appeal to the United States Court of Appeals for the Sixth Circuit, the District Court's Order in the above-captioned matter entered on December 20, 2004 denying the Motion to Quash Subpoena Directed to Non-Parties Michael K. Allen, Hamilton County Prosecutor, John Jay, Investigator and Terry Gaines, former Assistant Prosecuting Attorney and ordering the discovery requested by Plaintiffs.

Respectfully submitted,

MICHAEL K. ALLEN
PROSECUTING ATTORNEY
HAMILTON COUNTY, OHIO

*Mark C. Vollman*

/s/Mark C. Vollman, 0007040P
/s/Christian J. Schaefer, 0015494P
Assistant Prosecuting Attorneys
230 East Ninth Street, Suite 4000
Cincinnati, Ohio 45202
DDN: (513) 946-3144
DDN: (513) 946-3041
FAX: (513) 946-3018

Attorneys for Michael K. Allen
John Jay and Terry Gaines

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of this document was served by upon each party or attorney of record in the proceedings by ordinary U.S. mail or electronically on this **28th** day of December, 2004.

/s/ Mark C. Vollman, 0007040
Assistant Prosecuting Attorney