Tue Dec 28 12:06:59 2004

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No.   100 425152
Cashier       mc1

Check Number:  1749

DO Code    Div No
 4661        1

Sub Acct Type Tender      Amount
1:086900  N     2          105.00
2:510000  N     2          150.00

Total Amount       $      255.00

MICHAEL K ALLEN

NOTICE OF APPEAL 1:01-CV-649


Tue Dec 28 12:06:59 2004

Check No.  1749
Amount$   255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661