UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **PATRICIA KAMMEYER, et al.** | : | CASE NO.: C-1-01-649 |
| **Plaintiffs,** | : | **Judge Spiegel**<br>**(Magistrate Black)** |
| **vs.** | : | |
| **CITY OF SHARONVILLE, OHIO, et al.** | : | NOTICE OF FILING UNDER SEAL<br>DEPOSITION OF RAVERT J. CLARK |
| **Defendants.** | : | AND SUPPORTING EXHIBITS |

Defendant William Nuss hereby provides notice that the deposition transcript and exhibits of Raver J. Clark permitted to be filed under seal pursuant to Order of this Court (**Doc. 79**) is being filed under seal with the Court on this 12th day of January, 2005**.**

                                          Respectfully submitted,

                                          s/Brian E. Hurley
                                          Brian E. Hurley (0007827)
                                          Robert J. Gehring (0019329)
                                          Crabbe, Brown & James LLP
                                          Attorneys For Defendant William Nuss
                                          30 Garfield Place, Suite 740
                                          Cincinnati, Ohio 45202-4359
                                          (513) 784-1525 - telephone
                                          (513) 784-1250 - facsimile
                                          Bhurley@cbjlawyers.com
                                          Rgehring@cblawyers.com

## CERTIFICATE OF SERVICE

    I hereby certify that on January 13, 2005, a copy of the forgoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties my access this filing through the Court's system.

                                                      s/Brian E. Hurley
                                                      Brian E. Hurley

\\theserver\firmdocs\NUSS\notice filing Clark dep.wpd