UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **PATRICIA KAMMEYER, et al.** | : | **CASE NO.: C-1-01-649** |
| Plaintiffs, | : | **Judge Spiegel** (Magistrate Black) |
| vs. | : | |
| **CITY OF SHARONVILLE, OHIO, et al.** | : | **NOTICE OF FILING UNDER SEAL JOINT MEMORANDUM OF DEFENDANTS IN OPPOSITION TO MOTION TO QUASH SUBPOENAS TO PLAINTIFFS' COUNSEL** |
| Defendants. | : | |

By previous order of this Court the parties have been directed to file under seal confidential information and documents. Because the Joint Memorandum Of Defendants In Opposition To Motion To Quash Subpoenas To Plaintiffs' Counsel may contain some of the confidential information, it has been filed under seal on January 12, 2005.

Respectfully submitted,

s/Brian E. Hurley
Brian E. Hurley (0007827)
Robert J. Gehring (0019329)
Crabbe, Brown & James LLP
Attorneys For Defendant William Nuss
30 Garfield Place, Suite 740
Cincinnati, Ohio 45202-4359
(513) 784-1525 - telephone
(513) 784-1250 - facsimile
Bhurley@cbjlawyers.com
Rgehring@cblawyers.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 13, 2005, a copy of the forgoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties my access this filing through the Court's system.

                                            s/Brian E. Hurley
                                            Brian E. Hurley

\\theserver\firmdocs\NUSS\notice.mioquash.wpd