March 8, 2001

Jim Wright
2676 Willow Lake Dr.
Greenwood, IN 46143

    RE:    Representation

Dear Jim:

    This comes to confirm our recent conversation regarding my continued representation of you on behalf of your mothers estate. As we discussed, I am not able to continue the representation at this time. As there has been no criminal conviction in relation to the murder of you mom, the applicable statute of limitations has not yet started to run. As a result you have ample time to obtain new counsel. Once you have retained counsel, please have them contact me and I will proved them with as much assistance and information as I have available.

    I am sorry that I can not continue with my representation. I have every reason to believe you will prevail on the merits. I wish you the best of luck.

                                                                Very truly yours,

                                                                JAY CLARK
                                                                Attorney at law.

3/8/01

290048

EXHIBIT
1

Clark #4