## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| PATRICIA  KAMMEYER, et al. | : | Case No. C-1-01-649 |
| **Plaintiffs** | : | **Spiegel, J.** |
| | | **Sherman, J.** |
| **vs.** | : | |
| | | **MOTION FOR EXTENSION OF** |
| CITY OF SHARONVILLE, et al. | : | **TIME TO SUPPLEMENT** |
| | | **RESPONSE TO DEFENDANTS** |
| **Defendants** | : | **MOTION FOR SUMMARY** |
| | | **JUDGMENT (DOC 195, 186, 190)** |
| | : | |
| | : | |
| | : | |

*[handwritten: Granted 1/25/05 — signature, U.S.D.J.]*

Plaintiffs request until February 7, 2005 to supplement their opposition and/or report to the Court on additional discovery that may be needed for completing their opposition to the defendants' motion for summary judgment on the statute of limitations.

## MEMORANDUM

This Court granted plaintiffs until January 21, 2005, to conduct discovery and supplement their response to defendants' motion for summary judgment based on statute of limitations. (Doc. 195). During that time plaintiffs intended to depose former prosecutor Simon Leis, former assistant prosecutor Terry Gaines and investigator John Jay. The order permitting those depositions has been appealed and the depositions have not yet been accomplished. The deposition of Dale Dorning is scheduled for January 31, 2005. That deposition may provide plaintiffs with enough information regarding the issues raised in the motion for summary

209