UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **PATRICIA KAMMEYER, et al.** | : | Case No. C-1-01-649 |
| | : | |
| **Plaintiffs** | : | Spiegel, J. |
| | : | |
| vs. | : | |
| | : | **NOTICE OF APPEARANCE OF** |
| **CITY OF SHARONVILLE, et al.** | : | **ATTORNEY DONALD R.** |
| | : | **CASTER** |
| **Defendants** | : | |
| | : | |
| | : | |

**NOTICE OF APPEARANCE**

Plaintiffs hereby give notice that Donald R. Caster is entering his appearance as Attorney for the Plaintiffs.

        Respectfully submitted,

        /s/ Donald R. Caster
        Alphonse A. Gerhardstein # 0032053
        Trial Attorney for Plaintiffs
        Paul Laufman #0066667
        Donald R. Caster #0077413
        Attorneys for the Plaintiffs
        617 Vine Street, Suite 1409
        Cincinnati, Ohio 45202
        (513) 621-9100
        (513) 345-5543 fax
        agerhardstein@gblfirm.com
        plaufman@gblfirm.com
        dcaster@gblfirm.com

**Certificate of Service**

I here by certify that on February 1, 2005, the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by

2

operation of the Court's electronic filing system. Parties may access this filing through the

Court's system.

/s/ Donald R. Caster
Donald R. Caster