UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| PATRICIA KAMMEYER, et al., | : | CASE NO. 1:01cv00649 |
| | : | (J. Spiegel) |
| **Plaintiffs** | : | |
| | : | |
| vs. | : | |
| | : | |
| CITY OF SHARONVILLE, OHIO, et al.,: | | |
| | : | |
| **Defendants** | : | |

**JOINT MOTION FOR EXTENSION OF DISCOVERY
CUTOFF DATE AND DISPOSITIVE MOTION DEADLINE**

Come now the parties, by and through counsel, and respectfully request that this Court extend the discovery cutoff date from January 31, 2005, to **February 17, 2005**, and the dispositive motion deadline from February 15, 2005, to **February 28, 2005.** The parties do not request any change to the currently scheduled trial date.

**MEMORANDUM**

Dale Dorning, a Sharonville police officer who investigated the murders of Starla Burns and Marie Schuholz in the late 1990s, is an important witness in this case. His deposition has been continued in progress and has been rescheduled for February 17, 2005. As a result, the parties respectfully request that this Court extend the discovery cutoff deadline to **February 17, 2005,** and the dispositive motion deadline to and including **February 28, 2005.**