AO 456s (Rev. 8/01) Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

PATRICIA KAMMEYER, et al.,

                        Case Number:   1:01-cv-00649

    V.

CITY OF SHARONVILLE, et al.,        Senior District Judge S. Arthur Spiegel

NOTICE

**TAKE NOTICE** that a HEARING ON MOTION FOR SUMMARY JUDGMENT (DOC. 180) AND MOTION TO QUASH SUBPOENAS (DOC. 197) in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 842 |
| | DATE AND TIME<br>FEBRUARY 24, 2005 at 3:00 PM |

                                    JAMES BONINI, CLERK

                                    s/Kevin Moser
                                    Kevin Moser
                                    Case Manager
                                    (513) 564-7620

cc: Alphonse Gerhardstein, Esq.   Paul Laufman, Esq.   Donald Caster, Esq.   Lawrence Barbiere, Esq.
    Michael Maundrell, Esq.   Thomas Keating, Esq.   Randolph Freking, Esq.
    Leslie Ghiz, Esq.   Brian Hurley, Esq.   Robert Gehring, Esq.