LAW OFFICES
# Crabbe, Brown & James LLP

30 GARFIELD PLACE
SUITE 740
CINCINNATI, OHIO 45202-4359

TELEPHONE 513.784.1525
FAX 513.784.1250

www.CBJLawyers.com

BRIAN E. HURLEY
BHurley@CBJLawyers.com

ROBERT J. GEHRING+*
RGehring@CBJLawyers.com

BETH G. WAYNE
BWayne@CBJLawyers.com

**COLUMBUS OFFICE**
500 S. FRONT STREET, STE. 1200
COLUMBUS, OHIO 43215
TELEPHONE 614.228.5511
FAX 614.229.4559

+Also Admitted in Kentucky
*Certified Civil Trial Specialist
by National Board of Trial Advocacy

**CLEVELAND OFFICE**
1280 W. THIRD STREET
CLEVELAND, OHIO 44113
TELEPHONE 216.574.9312
FAX 216.574.9122

**LANCASTER OFFICE**
111 S. BROAD STREET, STE. 209
LANCASTER, OHIO 43130
TELEPHONE 740.689.1743
FAX 740.689.1746

**URBANA OFFICE**
118 SCIOTO STREET
URBANA, OHIO 43078
TELEPHONE 937.652.4000

February 11, 2005

**VIA FACSIMILE**
Alphonse A. Gerhardstein, Esq.
Laufman & Gerhardstein
1409 Enquirer Building
617 Vine Street
Cincinnati, Ohio 45202

    Re:    Patricia Kammeyer, et al. v. City of Sharonville, et al.
            U.S. District Court, Southern District of Ohio, Case No. C-1-01-649

Dear Mr. Gerhardstein:

I am in receipt of your facsimile letter of February 10, 2004, and have been asked to respond to the letter on behalf of counsel for all Defendants.

Defendants cannot agree to your request that the oral argument on the statute of limitation summary judgment motion be moved to March 23, 2005. First, the motion has been pending for almost four months, and it has not already been ruled on solely because of Plaintiffs' requests. Second, waiting until March 23, 2005 will mean that there will be less than 1½ months before the trial date, and at that time Defendants' motion for summary judgment on the substantive issues will also have been filed for almost one month. Third, with Mr. Caster being added as counsel for Plaintiffs, either Mr. Laufman or Mr. Caster are able to more than adequately represent Plaintiffs' interests at the oral argument.

As a compromise, Defendants are willing to move the oral argument to March 23, 2005 if Plaintiffs agree to either vacate the May 10, 2005 trial date or use the May 10, 2005 date for a trial on the statute of limitation issues. We look forward to your response. I remain

Very truly yours,

Brian E. Hurley

BEH/mlp
cc:    Lawrence E. Barbiere, Esq.
       Thomas T. Keating, Esq.
       Leslie Ghiz, Esq.

\\theserver\FirmDocs\NUSS\gerhardstein021105ltr-mlp.wpd