**United States District Court**
**Southern District of Ohio**
**Western Division**

| | |
|---|---|
| PATRICIA KAMMEYER, <u>et al.</u>,<br>    Plaintiffs, | Case No. 1:01-cv-649 |
| vs. | |
| CITY OF SHARONVILLE, <u>et al.</u>,<br>    Defendants. | Spiegel, J.<br>Black, M.J |

**ORDER**

In light of the Motion for Protective Order of non-party Dale Dorning filed on February 15, 2005 (doc. #223), the Court ORDERS that any continued deposition of Mr. Dorning is hereby STAYED until the Court's resolution of the pending motion.

SO ORDERED.

Date:  2/17/05                                                                s/<u>Timothy S. Black</u>
                                                                                    Timothy S. Black
                                                                                    United States Magistrate Judge