AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Patricia Kammeyer, et al.,

                     V.

City of Sharonville, et al.,

Case Number:  1:01-cv-00649

Senior District Judge S. Arthur Spiegel

NOTICE

**TAKE NOTICE** that the HEARING ON MOTIONS FOR SUMMARY JUDGMENT (DOCS. 180, 187, 194, 197, 202, 205) in this case has been **RESET FROM 2/24/05** to the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 842 |
| | DATE AND TIME<br>MARCH 24, 2005 at 2:00 pm |

JAMES BONINI, CLERK

s/Kevin Moser
Kevin Moser
Case Manager
(513) 564-7620

cc: Alphonse Gerhardstein, Esq.    Paul Laufman, Esq.    Donald Caster, Esq.    Lawrence Barbiere, Esq.
    Michael Maundrell, Esq.    Thomas Keating, Esq.    Randolph Freking, Esq.    Leslie Ghiz, Esq.
    Brian Hurley, Esq.    Robert Gehring, Esq.