AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Patricia Kammeyer, et al.,

Case Number:  1:01-cv-00649

V.

City of Sharonville, et al.,

Senior District Judge S. Arthur Spiegel

NOTICE

**TAKE NOTICE** that the FINAL PRETRIAL CONFERENCE in this case has been **RESET FROM 3/24/05** to the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse | Room 842 |
| 100 East Fifth Street | DATE AND TIME |
| Cincinnati, Ohio 45202 | APRIL 14, 2005 at 9:00 am |

1. Two-week Jury Trial remains scheduled for May 10, 2005 at 9:30 AM, Courtroom 842 before Judge S. Arthur Spiegel, on an on-deck basis.

JAMES BONINI, CLERK

s/Kevin Moser
Kevin Moser
Case Manager
(513) 564-7620

cc: Alphonse Gerhardstein, Esq.    Paul Laufman, Esq.    Donald Caster, Esq.    Lawrence Barbiere, Esq.
    Michael Maundrell, Esq.    Thomas Keating, Esq.    Randolph Freking, Esq.    Leslie Ghiz, Esq.
    Brian Hurley, Esq.    Robert Gehring, Esq.