UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

PATRICIA KAMMEYER, et al.,

　　　　　　　　　　　　　　　　　　　　　　Case Number:   1:01-cv-00649

　　　　　V.

CITY OF SHARONVILLE, et al.,　　　　　　　Senior District Judge S. Arthur Spiegel

NOTICE

**TAKE NOTICE** that the FINAL PRETRIAL CONFERENCE in this case has been **RESET FROM 4/14/05** to the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 838 |
|  | DATE AND TIME |
|  | APRIL 12, 2005 at 10:00 AM |

SPECIAL INSTRUCTIONS:

　　　　　　　　　　　　　　　　　　　　　　JAMES BONINI, CLERK

　　　　　　　　　　　　　　　　　　　　　　s/Kevin Moser
　　　　　　　　　　　　　　　　　　　　　　Kevin Moser
　　　　　　　　　　　　　　　　　　　　　　Case Manager
　　　　　　　　　　　　　　　　　　　　　　(513) 564-7620

cc:  Alphonse Gerhardstein, Esq.   Paul Laufman, Esq.   Donald Caster, Esq.   Lawrence  Barbiere, Esq.
　　 Michael Maundrell, Esq.   Thomas Keating, Esq.   Randolph Freking, Esq.   Leslie Ghiz, Esq.
　　 Brian Hurley, Esq.   Robert Gehring, Esq

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms above the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.