UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **PATRICIA KAMMEYER, et al.,** | : | **CASE NO. 1:01cv00649** |
| | : | **Judge Spiegel** |
| **Plaintiffs,** | : | **Magistrate Hogan** |
| | : | |
| vs. | : | |
| | : | |
| **CITY OF SHARONVILLE, OHIO, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

NOTICE OF MANUAL FILING UNDER SEAL OF
MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS
CITY OF SHARONVILLE, OHIO AND MICHAEL G. SCHAPPA
AND EXHIBITS IN SUPPORT OF MOTION

By previous order of this Court, the parties have been directed to file under seal confidential information and documents. Because the Motion for Summary Judgment and the Exhibits In Support of the Motion may contain some of the confidential information and documents, they have been manually filed under seal on February 25, 2005. In addition, the deposition transcript of Dale Dorning, (Vol. III) not previously filed and cited in the motion will be manually filed under seal.

Respectfully submitted,

s/Lawrence E. Barbiere
Lawrence E. Barbiere (0027106)
Attorney for Defendants, City of Sharonville, Ohio
and Mike Schappa
SCHROEDER, MAUNDRELL, BARBIERE & POWERS
11935 Mason Road, Suite 110
Cincinnati, OH  45249-3703
(513)583-4200
(513)583-4203[fax]
lbarbiere@smbplaw.com

OF COUNSEL:

Michael E. Maundrell (0027110)
**SCHROEDER, MAUNDRELL, BARBIERE & POWERS**
11935 Mason Road, Suite 110
Cincinnati, OH  45249
(513) 583-4200

Thomas T. Keating, Esq.
**KEATING, RITCHIE, NORWINE & SWICK**
200 Whitehall Park
8050 Hosbrook Road
Cincinnati, OH  45236
*Attorney for Defendant, James I. Cramer*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 25, 2005, I electronically filed the foregoing Notice of Filing Under Seal Motion for Summary Judgment with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Alphonse A. Gerhardstein, Esq., *Attorney forPlaintiffs*, 1409 Enquirer Building, 617 Vine Street, Cincinnati, OH 45202 and Thomas T. Keating, Esq., *Attorney for Defendant, James I. Cramer* Keating, Ritchie, Norwine & Swick, 200 Whitehall Park, 8050 Hosbrook Road, Cincinnati, OH  45236.

                                                             s/Lawrence E. Barbiere
                                                              Lawrence E. Barbiere