UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **PATRICIA KAMMEYER, et al.,** | : | CASE NO. 1:01cv00649 |
| | : | Judge Spiegel |
| **Plaintiffs,** | : | Magistrate Hogan |
| | : | |
| vs. | : | |
| | : | |
| **CITY OF SHARONVILLE, OHIO, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

NOTICE OF MANUAL FILING OF DEPOSITION OF
DEFENDANT, DALE DORNING, (Vol. III) UNDER SEAL

_____Notice is hereby given pursuant to the Federal Rules of Civil Procedure of the manual filing under seal of the transcript deposition of the following:

1.   Dale Dorning taken on January 31, 2005 (Vol. III);

This deposition is filed as part of the record herein and in support of Defendants City of Sharonville and Michael G. Schappa's Motion for Summary Judgment.

    s/Lawrence E. Barbiere
Lawrence E. Barbiere (0027106)
Attorney for Defendant
SCHROEDER, MAUNDRELL, BARBIERE & POWERS
11935 Mason Road, Suite 110
Cincinnati, OH  45249
(513)583-4210
Fax:  (513)583-4203
lbarbiere@schroederlaw.com

OF COUNSEL:

Michael E. Maundrell (0027110)
**SCHROEDER, MAUNDRELL, BARBIERE & POWERS**
11935 Mason Road, Suite 110
Cincinnati, OH  45249
(513) 583-4200

Thomas T. Keating, Esq.
**KEATING, RITCHIE, NORWINE & SWICK**
200 Whitehall Park
8050 Hosbrook Road
Cincinnati, OH  45236
*Attorney for Defendant, James I. Cramer*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 25, 2005, I electronically filed the foregoing  Notice of Manual Filing of Depositions with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Alphonse A. Gerhardstein, Esq., *Attorney forPlaintiffs*, 1409 Enquirer Building, 617 Vine Street, Cincinnati, OH 45202 and, Brian E. Hurley, Crabbe, Brown & James LLP, *Attorneys for Defendant William Nuss*, 30 Garfield Place, Suite 740, Cincinnati, OH  45202-4359.

                                                       s/Lawrence E. Barbiere
                                                      Lawrence E. Barbiere