UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **PATRICIA KAMMEYER, et al.** | : | **CASE NO.: C-1-01-649** |
| Plaintiffs, | : | Judge Spiegel |
| vs. | : | |
| **CITY OF SHARONVILLE, OHIO, et al.** | : | **NOTICE OF FILING UNDER SEAL MOTION OF DEFENDANT NUSS FOR SUMMARY JUDGMENT AND THE AFFIDAVIT OF WILLIAM NUSS AND EXHIBITS IN SUPPORT OF THE MOTION** |
| Defendants. | : | |
| | : | |

By previous order of this Court the parties have been directed to file under seal confidential information and documents. Because the Motion Of Defendant Nuss For Summary Judgment And The Affidavit of Nuss and Exhibits In Support Of The Motion may contain some of the confidential information and documents, they have been filed under seal on February 25, 2005. In addition, the deposition transcripts cited in the motion will also be filed under seal.

Respectfully submitted,

s/Brian E. Hurley
Brian E. Hurley (0007827)
Robert J. Gehring (0019329)
Crabbe, Brown & James LLP
Attorneys For Defendant William Nuss
30 Garfield Place, Suite 740
Cincinnati, Ohio 45202-4359
(513) 784-1525 - telephone
(513) 784-1250 - facsimile
Bhurley@cbjlawyers.com
Rgehring@cbjlawyers.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on February 25, 2005, a copy of the forgoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties my access this filing through the Court's system.

                                                                    s/Brian E. Hurley  
                                                                    Brian E. Hurley

\\theserver\firmdocs\NUSS\notice-Nuss msj.wpd