UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| PATRICIA KAMMEYER, et al. | : | Case No. C-1-01-649 |
| | : | J. Spiegel |
| Plaintiffs, | : | |
| | : | |
| v. | : | **NOTICE OF FILING UNDER SEAL** |
| | : | **MOTION OF DEFENDANT CRAMER** |
| CITY OF SHARONVILLE, OHIO, et al. | : | **FOR SUMMARY JUDGMENT AND** |
| | : | **EXHIBITS IN SUPPORT OF THE** |
| Defendants. | : | **MOTION** |

By previous Order of this Court the parties have been directed to file under seal confidential information and documents. Because the Motion of Defendant Cramer for Summary Judgment and Exhibits in Support of the Motion may contain some of the confidential information and documents, they have been filed under seal on February 28, 2005. In addition, the deposition transcripts cited in the Motion will also be filed under seal.

Respectfully submitted,

 /s/ Randolph H. Freking
Randolph H. Freking (0009158)
Leslie E. Ghiz (0063781)
Trial Attorneys for Plaintiff
FREKING & BETZ
215 East Ninth Street, Fifth Floor
Cincinnati, OH  45202
Phone:  (513) 721-1975
Fax:  (513) 651-2570

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2005, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. mail to those parties who are not served via the Court's electronic filing system.  Parties may access this filing through the Court's system.

 /s/ Randolph H. Freking