Nos. 05-3057/3171

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED

MAR 0 4 2003

LEONARD GREEN, Clerk

C5 MAR -4 AM 10:52

| | |
|---|---|
| PATRICIA KAMMEYER, et al., ) | |
| ) | |
| Plaintiffs-Appellees, ) | |
| ) | |
| v. ) | ORDER |
| ) | 1:01-CV-00649 |
| CITY OF SHARONVILLE, et al., ) | Judge Spiegel |
| ) | |
| Defendants, ) | |
| ) | |
| MICHAEL K. ALLEN; JOHN JAY; TERRY ) | |
| GAINES, ) | |
| ) | |
| Appellants. ) | |
| ) | |
| In re: JOSEPH T. DETERS; JOHN JAY; TERRY ) | |
| GAINES, ) | |
| ) | |
| Petitioners. ) | |
| ) | |

The appellants/petitioners seek review of the denial of their motion to quash. They have moved for a stay or injunction pending appeal and pending consideration of their petition for a writ of mandamus. The plaintiffs have moved to dismiss the appeal for lack of jurisdiction. The appellants/petitioners are now before the court with a motion for an expedited ruling on their motions for a stay or injunction because the plaintiffs have served subpoenas on John Jay and Terry Gaines to appear for depositions on Tuesday, March 8, 2005.

In order to permit consideration of the pending motions and the petition for a writ of mandamus by a three-judge panel of the court, the depositions scheduled for March 8 are temporarily stayed.

                    ENTERED BY ORDER OF THE COURT

*Leonard Green*
Clerk