UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **PATRICIA KAMMEYER, et al.** | : | Case No. C-1-01-649 |
| Plaintiffs | : | Spiegel, J.<br>Black, J. |
| vs. | : | |
| **CITY OF SHARONVILLE, et al.** | : | **PLAINTIFFS' NOTICE OF FILING SEALED MEMORANDUM IN OPPOSITION TO DEFENDANTS'** |
| Defendants | : | **MOTIONS FOR SUMMARY JUDGMENT (Doc. 233, 235, 236)** |
| | : | |

Plaintiffs hereby provide notice of the filing on this date of their sealed memorandum in opposition to defendants' motions for summary judgment. (Docs. 233, 235, 236). Numerous orders of this Court have directed the parties to file all confidential information under seal. Plaintiffs' memorandum contained large amounts of such confidential information and has therefore been filed under seal.

**Respectfully submitted,**

 s/ Paul M. Laufman
Alphonse A. Gerhardstein # 0032053
Trial Attorney for Plaintiffs
Paul Laufman  #0066667
Attorney for the Plaintiff
617 Vine Street, Suite 1409
Cincinnati, Ohio 45202
(513) 621-9100
(513) 345-5543 fax
agerhardstein@laufgerhard.com
plaufman@laufgerhard.com

2

**Certificate of Service**

     I here by certify that on March 21, 2005, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                 _s/ Paul M. Laufman_
                                                 Paul M. Laufman