UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **PATRICIA KAMMEYER, et al.,** | : | CASE NO. 1:01cv00649 |
| | : | Judge Spiegel |
| **Plaintiffs,** | : | Magistrate Hogan |
| | : | |
| vs. | : | |
| | : | |
| **CITY OF SHARONVILLE, OHIO, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Come now the Defendants, City of Sharonville, Ohio, Michael G. Schappa, William Nuss, and James I. Cramer and hereby notify the Court of their intention to rely upon the recent decision of the United States Court of Appeals for the Sixth Circuit in *Roberson v. Tennessee,* 399. F.3cd 792 (6th Cir. 2005), as additional authority in support of their Motion for Summary Judgment with respect to the statute of limitations.

Respectfully submitted,

   s/Lawrence E. Barbiere
Lawrence E. Barbiere (0027106)
Attorney for Defendants, City of Sharonville, Ohio
and Mike Schappa
SCHROEDER, MAUNDRELL, BARBIERE & POWERS
11935 Mason Road, Suite 110
Cincinnati, OH  45249-3703
(513)583-4200
(513)583-4203[fax]
lbarbiere@smbplaw.com

   s/Brian E. Hurley
Brian E. Hurley (0007827)
Attorneys for Defendant William Nuss
**Crabbe, Brown & James LLP,**
30 Garfield Place, Suite 740
Cincinnati, OH  45202-4359
(513) 784-1425
(513)784-1250
bhurley@cbjlawyers.com


   s/Randolph H. Freking
Randolph H. Freking (0009158)
Attorney for Defendant Cramer
**Freking & Betz**
215 E. Ninth Street, 5th Floor
Cincinnati, OH  45202
(513)721-1975
(513)651-2570
rfreking@frekingandbetz.com

OF COUNSEL:

Michael E. Maundrell (0027110)
SCHROEDER, MAUNDRELL, BARBIERE & POWERS
11935 Mason Road, Suite 110
Cincinnati, OH  45249
(513) 583-4200

Thomas T. Keating, Esq.
Keating, Ritchie & Swick
200 Whitehall Park
8050 Hosbrook Road
Cincinnati, OH  45236
*Attorney for Defendant, City of Sharonville*

## CERTIFICATE OF SERVICE

     I hereby certify that on  March 23, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Alphonse A. Gerhardstein, Esq., *Attorney forPlaintiffs*, 1409 Enquirer Building, 617 Vine Street, Cincinnati, OH 45202.

   s/Lawrence E. Barbiere
Lawrence E. Barbiere