## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| PATRICIA KAMMEYER, et al. | : | Case No. C-1-01-649 |
| | : | J. Spiegel |
| Plaintiffs, | : | |
| | : | |
| v. | : | **NOTICE OF FILING *UNDER SEAL*** |
| | : | **REPLY MEMORANDUM OF** |
| | : | **DEFENDANT CRAMER IN** |
| CITY OF SHARONVILLE, OHIO, et al. | : | **SUPPORT OF ITS MOTION** |
| | : | **FOR SUMMARY JUDGMENT** |
| Defendants. | : | |

By Order of this Court, Defendant Cramer hereby give notice of filing its Reply Memorandum in Support of its Motion for Summary Judgment under seal.

Respectfully submitted,

/s/ Randolph H. Freking
Randolph H. Freking (0009158)
Leslie E. Ghiz (0063781)
Trial Attorneys for Plaintiff
FREKING & BETZ
215 East Ninth Street, Fifth Floor
Cincinnati, OH 45202
(513) 721-1975/FAX: (513) 651-2570
*randy@frekingandbetz.com*
*lghiz@frekingandbetz.com*

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2005, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. mail to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Randolph H. Freking