UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **PATRICIA KAMMEYER, et al.,** | : | CASE NO. 1:01cv00649 |
| | : | Judge Spiegel |
| **Plaintiffs,** | : | Magistrate Hogan |
| | : | |
| vs. | : | |
| | : | |
| CITY OF SHARONVILLE, OHIO, et al., | : | |
| | : | |
| **Defendants.** | : | |

### NOTICE OF MANUAL FILING UNDER SEAL OF REPLY MEMORANDUM OF DEFENDANTS, CITY OF SHARONVILLE, OHIO AND MICHAEL G. SCHAPPA IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

By previous order of this Court, the parties have been directed to file under seal confidential information and documents. Because the Reply Memorandum of Defendants, City of Sharonville and Michael G. Schappa in Support of Motion for Summary Judgment may contain some of the confidential information, it has been manually filed under seal on *April 4, 2005*.

Respectfully submitted,

s/Lawrence E. Barbiere
Lawrence E. Barbiere (0027106)
Attorney for Defendants, City of Sharonville, Ohio and Mike Schappa
SCHROEDER, MAUNDRELL, BARBIERE & POWERS
11935 Mason Road, Suite 110
Cincinnati, OH 45249-3703
(513)583-4200
(513)583-4203[fax]
lbarbiere@smbplaw.com

OF COUNSEL:

Michael E. Maundrell (0027110)
**SCHROEDER, MAUNDRELL, BARBIERE & POWERS**
11935 Mason Road, Suite 110
Cincinnati, OH  45249
(513) 583-4200

Thomas T. Keating, Esq.
**KEATING, RITCHIE & SWICK**
200 Whitehall Park
8050 Hosbrook Road
Cincinnati, OH  45236
*Attorney for Defendant, City of Sharonville*

## CERTIFICATE OF SERVICE

   I hereby certify that on **April 4, 2005,** I electronically filed the foregoing Notice of Filing Under Seal of Reply Memorandum of Defendants, City of Sharonville and Michael G. Schappa, in Support of Motion for Summary Judgment with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Alphonse A. Gerhardstein, Esq., *Attorney for Plaintiffs*, 1409 Enquirer Building, 617 Vine Street, Cincinnati, OH 45202, Brian E. Hurley, Crabbe, Brown & James LLP, 30 Garfield Place, Suite 740, Cincinnati, OH 45202-4359, *Attorneys for Defendant William Nuss*, Leslie Ghiz, Freking & Betz, 215 E. Ninth Street, Cincinnati, OH 45202, *Attorney for Defendant Cramer*.
.

                 s/Lawrence E. Barbiere
                Lawrence E. Barbiere