UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **PATRICIA KAMMEYER, et al.** | : | Case No. C-1-01-649 |
| | : | |
| Plaintiffs | : | Spiegel, J. |
| | : | Black, M.J. |
| vs. | : | |
| | : | **PLAINTIFFS' NOTICE OF MANUAL** |
| **CITY OF SHARONVILLE, et al.** | : | **FILING OF RESPONSE TO** |
| | : | **DEFENDANT'S MOTION TO** |
| Defendants | : | **ENFORCE ORDERS AND FOR** |
| | | **SANCTIONS (DOC. 248)** |

**NOTICE**

Plaintiffs hereby give notice of the manual filing of their Memorandum in Opposition to Defendant Nuss's Motion to Enforce Orders and for Sanctions (Doc. 248).

                                                 **Respectfully submitted,**

                                                 /s/ Alphonse A. Gerhardstein_____
                                                 Alphonse A. Gerhardstein # 0032053
                                                 Trial Attorney for Plaintiffs
                                                 Paul Laufman  #0066667
                                                 Donald R. Caster #0077413
                                                 Attorneys for the Plaintiffs
                                                 GERHARDSTEIN BRANCH & LAUFMAN CO., LPA
                                                 617 Vine Street, Suite 1409
                                                 Cincinnati, Ohio 45202
                                                 (513) 621-9100
                                                 (513) 345-5543 fax
                                                 agerhardstein@gblfirm.com
                                                 plaufman@gblfirm.com
                                                 dcaster@gblfirm.com

2

**Certificate of Service**

I here by certify that on April 11, 2005, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Alphonse A. Gerhardstein