**United States District Court**
**Southern District of Ohio**
**Western Division**

PATRICIA KAMMEYER, <u>et al.</u>,
    Plaintiffs                                       Case No. 1:01cv649

vs.

CITY OF SHARONVILLE, <u>et al.</u>,          Spiegel, J.
    Defendants.                                   Black, M.J

## ORDER REGARDING DOCUMENT 266

     Any party opposing the plaintiffs' motion (Doc. 266) to seal exhibits 2 and 11 to defendant Nuss' motion to enforce order shall file by 4/15/05 at 4:00 pm a Notice of such objection and a proposed expedited date by which such objector shall file a memorandum <u>contra</u>.

Date: 4/14/05                                 s/<u>Timothy S. Black</u>
                                                     Timothy S. Black
                                                     United States Magistrate Judge