```
                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF OHIO
                         WESTERN DIVISION


PATRICIA KAMMEYER, et al.,      :
                                :    NO. 1:01-CV-00649
         Plaintiffs,            :
                                :    ORDER
                                :
     v.                         :
                                :
                                :
CITY OF SHARONVILLE, et al.,    :
                                :
         Defendants.            :
```

The Parties met before the Court for a Final Pre-Trial Conference on Tuesday, April 12, 2005.  At the Conference, the Parties and the Court discussed the various Motions still pending before the Court including Motions for Summary Judgment and a Motion to Intervene by Insurance Companies of the various Defendants.  The Parties and the Court discussed postponing the Trial date and setting a Settlement Conference.  The Court finds this proposal to be in the best interests of the both the Parties and the Court.  As such the Court hereby VACATES the May 10, 2005 Trial date and SCHEDULES a Settlement Conference for 10:00 A.M. on May 10, 2005.

As noted above, Insurance Companies of the Defendants have moved for intervention (doc. 242).  The Court will rule on this Motion to Intervene subsequent to the May 10 Settlement Conference.  However, the Parties at the April 12, 2005 Conference indicated a willingness and eagerness to have counsel

for these Insurance Companies attend the May 10 Settlement Conference. The Court finds this request well-taken. Accordingly, representatives of the Insurance Companies seeking intervention are INVITED to attend to the May 10 Settlement Conference. The Court also notes that its Rulings on the pending Motions for Summary Judgment will be issued in due course.

       SO ORDERED

Dated: April 15, 2005       s/S. Arthur Spiegel

                            S. Arthur Spiegel
                            United States Senior District Judge