UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **PATRICIA KAMMEYER, et al.** | : | CASE NO.: C-1-01-649 |
| Plaintiffs, | : | Judge Spiegel |
| vs. | : | |
| **CITY OF SHARONVILLE, OHIO, et al.** | : | MEMORANDUM OF DEFENDANT NUSS IN RESPONSE TO MOTION FOR RECONSIDERATION OF |
| Defendants. | : | PLAINTIFFS |

Plaintiffs have moved this Court to reconsider its Order of April 11, 2005 by which it granted Defendant Nuss's Second Motion to Compel Discovery. For his response to that Motion Defendant Nuss agrees that Plaintiffs had until April 11, 2005 to file a Memorandum in Opposition to his Motion. Further Defendant Nuss requests that, if this Court should decide to reconsider its Order granting the Motion to Compel, he be given the opportunity to file a Reply Memorandum.

Respectfully submitted,

CRABBE, BROWN & JAMES LLP

s/Brian E. Hurley
Brian E. Hurley (0007827)
Robert J. Gehring (0019329)
30 Garfield Place, Suite 940
Cincinnati, Ohio 45202-4359
(513) 784-1525 - telephone
(513) 784-1250 - facsimile
bhurley@cbjlawyers.com
rgehring@cbjlawyers.com

Attorneys For Defendant William Nuss

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2005 a copy of the forgoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system, and parties my access this filing through the Court's system.

s/Brian E. Hurley

\\theserver\firmdocs\NUSS\restorecons.wpd