UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| PATRICIA KAMMEYER, *et al.*, | Case No. 1:01-cv-649 |
| Plaintiffs, | Spiegel, J. |
| | Black, M.J. |
| vs. | |
| CITY OF SHARONVILLE, *et al.*, | |
| Defendants. | **ORDER** |

Plaintiffs' motion (doc. 266) to seal Exhibits 2 and 11 to Defendant Nuss's motion to enforce order (doc. 248) is hereby **GRANTED.** It is therefore **ORDERED** that the referenced exhibits be **SEALED**.

**IT IS SO ORDERED.**


Date:  4/19/05          s/Timothy S. Black
                        Timothy S. Black
                        United States Magistrate Judge