# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| PATRICIA KAMMEYER, et al. | : | CASE NO.: C-1-01-649 |
| Plaintiffs, | : | Judge Spiegel (Magistrate Black) |
| vs. | : | |
| CITY OF SHARONVILLE, OHIO, et al. | : | MEMORANDUM OF DEFENDANT NUSS IN OPPOSITION TO PLAINTIFFS' MOTION FOR A |
| Defendants. | : | PROTECTIVE ORDER (DOC. 263) |

Like Plaintiffs, if Albert Schuholz killed Marie Schuholz and Starla Burns or hired someone to kill those women, Defendant Nuss hopes that the criminal prosecution of Mr. Schuholz is successful. However, Defendant Nuss cannot for three reasons agree with what Plaintiffs have proposed in their motion. First, it will violate Defendant Nuss's and the public's right to have the trial open to the public. Second, it will impose an unreasonable burden in time and expense on him. (At a *minimum*, the length of the trial will double.) Third, it will require Defendant Nuss to present an interrupted and disjointed case, which will prejudice him. Accordingly, Defendant Nuss opposes Plaintiffs' Motion For Protective Order, and it should be denied.

Respectfully submitted,

s/Brian E. Hurley
Brian E. Hurley (0007827)
Robert J. Gehring (0019329)
Crabbe, Brown & James LLP
Attorneys For Defendant William Nuss
30 Garfield Place, Suite 740
Cincinnati, Ohio 45202-4359
(513) 784-1525 - telephone
(513) 784-1250 - facsimile
Bhurley@cbjlawyers.com
Rgehring@cbjlawyers.com

## CERTIFICATE OF SERVICE

      I hereby certify that on May 6, 2005, a copy of the forgoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties my access this filing through the Court's system.

                                                     s/Brian E. Hurley
                                                    Brian E. Hurley

\\theserver\firmdocs\NUSS\mioprotective order.wpd