UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| PATRICIA KAMMEYER, et al. | : | Case No. C-1-01-649 |
| | : | J. Spiegel |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF SHARONVILLE, OHIO, et al. | : | **NOTICE OF SUBSTITUTION** |
| | : | **OF CO-COUNSEL FOR PLAINTIFF** |
| Defendants. | : | |

Comes now counsel for defendant James Cramer, pursuant to United States District Court for the Southern District of Ohio, Western Division, Local Rule 4.3(e) and hereby substitutes Attorney Kelly Mulloy Myers for Attorney Leslie E. Ghiz, who has recently left Freking & Betz.

Respectfully submitted,

/s/ Kelly Mulloy Myers
Kelly Mulloy Myers (0065698)
Randolph H. Freking (0009158)
Trial Attorneys for Plaintiff
FREKING & BETZ
215 East Ninth Street, Fifth Floor
Cincinnati, OH 45202
(513) 721-1975
(513) 651-2570 FAX
*kmyers@frekingandbetz.com*
*randy@frekingandbetz.com*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2005, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. mail to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Kelly Mulloy Myers