UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **PATRICIA KAMMEYER, et al.,** | : | CASE NO. 1:01cv00649 |
| | : | (J. Spiegel) |
| **Plaintiffs** | : | |
| | : | |
| vs. | : | |
| | : | |
| **CITY OF SHARONVILLE, OHIO, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## CITATION OF SUPPLEMENTAL AUTHORITY

Come now the Defendants, City of Sharonville, Ohio, Michael G. Schappa, William Nuss, and James I. Cramer and hereby cite this Court to the case of **Copeland v. Cincinnati (2005) 159 Ohio App. 3d 833, 2005 Ohio 1179,** as supplemental authority in support of their Motions for Summary Judgment (*Docs. 233, 235 and 236*) in the within action. In **Copeland**, the Court of Appeals for the First Appellate District of Ohio issued a decision *March 18, 2005*, in which the Court specifically considered the constitutionality of R.C. Chapter 2744 and ruled that R.C. Chapter 2744 is constitutional.

    s/Lawrence E. Barbiere
Lawrence E. Barbiere (0027106)
Attorney for Defendants, City of Sharonville, Ohio
and Mike Schappa
**SCHROEDER, MAUNDRELL, BARBIERE & POWERS**
11935 Mason Road, Suite 110
Cincinnati, OH 45249-3703
(513)583-4200
(513)583-4203[fax]
lbarbiere@smbplaw.com

    s/Brian E. Hurley
Brian E. Hurley (0007827)
Attorneys for Defendant William Nuss
**Crabbe, Brown & James LLP,**
 30 Garfield Place, Suite 740
Cincinnati, OH  45202-4359
(513) 784-1425
(513)784-1250
bhurley@cbjlawyers.com


    s/Randolph H. Freking
Randolph H. Freking (0009158)
Attorney for Defendant Cramer
**Freking & Betz**
215 E. Ninth Street, 5th Floor
Cincinnati, OH  45202
(513)721-1975
(513)651-2570
rfreking@frekingandbetz.com

OF COUNSEL:

Michael E. Maundrell (0027110)
SCHROEDER, MAUNDRELL, BARBIERE & POWERS
11935 Mason Road, Suite 110
Cincinnati, OH  45249
(513) 583-4200

Thomas T. Keating, Esq.
Keating, Ritchie & Swick
200 Whitehall Park
8050 Hosbrook Road
Cincinnati, OH  45236
*Attorney for Defendant, City of Sharonville*

## CERTIFICATE OF SERVICE

    I hereby certify that on **June   9th  , 2005**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Alphonse A. Gerhardstein, Esq., ***Attorney for Plaintiffs***, 1409 Enquirer Building, 617 Vine Street, Cincinnati, OH 45202.

    s/Lawrence E. Barbiere
Lawrence E. Barbiere