UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **PATRICIA KAMMEYER, et al.,** | : | CASE NO. 1:01cv00649 |
| | : | Judge Spiegel |
| Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | |
| **CITY OF SHARONVILLE, OHIO, et al.,** | : | |
| | : | |
| Defendants. | : | |

**REPLY MEMORANDUM REGARDING DEFENDANTS'
CITATION OF SUPPLEMENTAL AUTHORITY (DOC. 294)**

Remarkably, plaintiffs state in response to Defendants' Citation of Supplemental Authority that the recent decision of the United States Supreme Court in **Castle Rock v. Gonzales, _____ S.Ct. ____, 2005 WL 1499788 (June 27, 2005)**, "touches on none of the issues raised in the instant case." That statement is remarkable because the Supreme Court in **Castle Rock** specifically stated in the last paragraph of the majority decision that a third party does not have a cause of action based on either substantive or procedural due process as a result of the failure of a government to arrest someone for a crime. That is precisely the cause of action which plaintiffs have presented in this case. Terming the failure of these defendants to arrest the murderer a coverup does not change the claim. Regardless of the reason, the United States Supreme Court has held that a third party does not have a constitutional right to the arrest of another party and cannot make a claim pursuant to either substantive or procedural due process for the failure of a government to make such an arrest. That decision is dispositive of all federal claims in this case.

    s/Lawrence E. Barbiere
Lawrence E. Barbiere (0027106)
Ohio Bar Number: 0027106
Attorney for Defendants, City of Sharonville, Ohio, and Mike Schappa
**SCHROEDER, MAUNDRELL, BARBIERE & POWERS**
11935 Mason Road, Suite 110
Cincinnati, OH  45249
(513) 583-4200
(513) 583-4203 (fax)
Email: lbarbiere@smbplaw.com

OF COUNSEL:

Michael E. Maundrell (0027110)
**SCHROEDER, MAUNDRELL, BARBIERE & POWERS**
11935 Mason Road, Suite 110
Cincinnati, OH  45249
(513) 583-4200

Thomas T. Keating, Esq.
Keating, Ritchie & Swick
200 Whitehall Park
8050 Hosbrook Road
Cincinnati, OH  45236
*Attorney for Defendant, City of Sharonville*

## CERTIFICATE OF SERVICE

      I hereby certify that on **July 20th , 2005**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Alphonse A. Gerhardstein, Esq., **Attorney for Plaintiffs**, 1409 Enquirer Building, 617 Vine Street, Cincinnati, OH 45202, Brian E. Hurley, Crabbe, Brown & James LLP, **Attorneys for Defendant William Nuss**, 30 Garfield Place, Suite 740, Cincinnati, OH  45202-4359, and Kelly Mulloy Myers, Esq., Freking & Betz, 215 E. Ninth Street, Cincinnati, OH 45202, **Attorney for Defendant Cramer**.

                                                                                      ___s/Lawrence E. Barbiere_____
                                                                                        Lawrence E. Barbiere