## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **PATRICIA KAMMEYER, et al.** | : | Case No. C-1-01-649 |
| | : | |
| Plaintiffs | : | Spiegel, J. |
| | : | Black, M.J. |
| vs. | : | |
| | : | **PLAINTIFFS' NOTICE OF** |
| **CITY OF SHARONVILLE, et al.** | : | **WITHDRAWAL OF DONALD R.** |
| | : | **CASTER AS COUNSEL FOR** |
| Defendants | : | **PLAINTIFFS** |

### NOTICE

Plaintiffs hereby give notice that Donald R. Caster is withdrawing as counsel in this matter. Alphonse A. Gerhardstein and Paul M. Laufman will remain as counsel for Plaintiffs.

**Respectfully submitted,**

/s/ Donald R. Caster
Alphonse A. Gerhardstein # 0032053
Trial Attorney for Plaintiffs
Paul Laufman  #0066667
Donald R. Caster #0077413
Attorneys for the Plaintiffs
GERHARDSTEIN BRANCH & LAUFMAN CO., LPA
617 Vine Street, Suite 1409
Cincinnati, Ohio 45202
(513) 621-9100
(513) 345-5543 fax
agerhardstein@gblfirm.com
plaufman@gblfirm.com
dcaster@gblfirm.com

2

**Certificate of Service**

I here by certify that on February 23, 2006, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Donald R. Caster