```
                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF OHIO
                         WESTERN DIVISION
```

PATRICIA KAMMEYER, et al.,   :
                                   :   NO. 1:01-CV-00649
      Plaintiffs,         :
                                   :   **ORDER**
   v.                           :

CITY OF SHARONVILLE, OHIO, et al.,  :
      Defendants.

In the Court's recent Order (doc. 307), it set a Final Pre-Trial Conference and Jury Trial. The Jury Trial was set for June 20, 2006 (<u>Id</u>.). However, the Court having been designated to sit with the Sixth Circuit Court of Appeals on June 20, 2006, the jury trial will now COMMENCE on June 21, 2006. The Final Pre-Trial Conference remains as scheduled. The Magistrate Judge will empanel the jury for the trial at his convenience. Furthermore, the Court SCHEDULES a Settlement Conference in this matter for Monday, May 15, 2006 at 10:00 A.M.

     SO ORDERED.

Dated: May 4, 2006            <u>s/S. Arthur Spiegel</u>
                                   S. Arthur Spiegel
                                   United States Senior District Judge