AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

PATRICIA KAMMEYER, et al.,

                    Case Number:  1:01-cv-00649

       V.

CITY OF SHARONVILLE, et al.,         Senior District Judge S. Arthur Spiegel

## NOTICE

**TAKE NOTICE** that a SETTLEMENT CONFERENCE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Chambers, Room 838 |
|  | DATE AND TIME<br>MAY 15, 2006 at 10:00 AM |

SPECIAL INSTRUCTIONS:

1. **All parties must have available (either in person or by telephone) their client or a representative with full settlement authority.**

2. **Five-day Jury Trial set to commence June 21, 2006 at 9:30 am, Courtroom 842.**

                JAMES BONINI, CLERK

                s/Kevin Moser
                Kevin Moser
                Case Manager
                (513) 564-7620

cc: Alphonse Gerhardstein, Esq.   Paul Laufman, Esq.   Lawrence Barbiere, Esq.   Michael Maundrell, Esq.
    Thomas Keating, Esq.   Randolph Freking, Esq.   Kelly Myers, Esq.   Brian Hurley, Esq.
    Robert Gehring, Esq.