AO 456s (Rev. 8/01) Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

PATRICIA KAMMEYER, et al.,

                                     Case Number:   1:01-cv-00649

        V.

CITY OF SHARONVILLE, et al.,                  Senior District Judge S. Arthur Spiegel

## NOTICE

      **TAKE NOTICE** that the VOIR DIRE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse | Courtroom #6, Room 708* |
| 100 East Fifth Street | **DATE AND TIME** |
| Cincinnati, Ohio 45202 | JUNE 20, 2006 at 10:00 AM |

     **\*1.  VOIR DIRE TO BE CONDUCTED BY MAGISTRATE JUDGE TIMOTHY S. BLACK.**

                         JAMES BONINI, CLERK

                         s/Kevin Moser
                         Kevin Moser
                         Case Manager
                         (513) 564-7620

cc: Alphonse Gerhardstein, Esq.    Paul Laufman, Esq.    Lawrence Barbiere, Esq.    Michael Maundrell, Esq.
    Thomas Keating, Esq.    Randolph Freking, Esq.    Kelly Myers, Esq.    Brian Hurley, Esq.
    Robert Gehring, Esq.

> You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at
>
> www.ohsd.uscourts.gov
>
> Click on Judges and then on Procedures and Forms above the Judge's address.
>
> If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.