```
              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF OHIO
                    WESTERN DIVISION
```

PATRICIA KAMMEYER, et al.,    :
                              :   NO. 1:01-CV-00649
    Plaintiffs,              :
                              :   **ORDER**
                              :
  v.                          :
                              :
                              :
CITY OF SHARONVILLE, OHIO, et :
al.,                          :
                              :
    Defendants.

       The parties met before the Court on May 15, 2006 for a Status Conference. At this Conference, the Defendants requested a new trial date in September. The Plaintiffs were not opposed. The Court finds the request well-taken. Accordingly, the Court hereby VACATES the June 21, 2006 Trial and RESCHEDULES the Trial to commence September 12, 2006. The May 31, 2006 Final Pre-Trial Conference REMAINS AS SCHEDULED.

       SO ORDERED.

Dated: May 15, 2006              /s/ S. Arthur Spiegel
                                 S. Arthur Spiegel
                                 United States Senior District Judge