UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Patricia Kammeyer, et al., ) | Case No. C-1-01-649 |
| ) | |
| Plaintiffs, ) | |
| ) | **NOTICE OF APPEAL** |
| -vs- ) | |
| ) | |
| City of Sharonville, et al., ) | |
| ) | |
| Defendants. ) | |

Notice is hereby given that proposed intervenor, the Ohio Government Risk Management Plan ("Ohio Plan"), hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order entered in this action on April 27, 2006 in which the trial court denied the motion for the Ohio Plan to intervene as a matter of right under F.R.C.P. 24(a) or, alternatively, for permissive intervention under F.R.C.P. 24(b).

*/s/Michael G. Sanderson*
Michael G. Sanderson (0008521)
SHUMAKER, LOOP & KENDRICK, LLP
North Courthouse Square
1000 Jackson Street
Toledo, Ohio 43624
Telephone:   (419) 241-9000
Fax:         (419) 241-6894

Attorneys for Proposed Intervenor,
Ohio Government Risk Management Plan

mgs\sharonville\notice.appeal

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Appeal was served electronically upon the following this 23rd day of May, 2006:

| | |
|---|---|
| Thomas T. Keating, Esquire<br>Keating, Ritchie & Swick<br>8050 Hosbrook<br>Suite 200<br>Cincinnati, OH  45236<br>**Attorney for City of Sharonville** | Clifford C. Masch, Esquire<br>Holly M. Wilson, Esquire<br>Reminger & Reminger<br>1400 Midland Building<br>101 Prospect Avenue West<br>Cleveland, OH  44115-1098<br>**Attorney for United National Insurance Company** |
| Nicholas Subashi, Esquire<br>Brian Wildermuth, Esquire<br>The Oakwood Building<br>2305 Far Hills Avenue<br>Dayton, OH  45419<br>**Attorney for Scottsdale Insurance Company** | Alan H. Abes, Esquire<br>Dinsmore & Shohl, LLP<br>255 East Fifth Street, Suite 1900<br>Cincinnati, Ohio 45202<br>**Attorneys for Folksamerica Reinsurance Co.** |
| Alphonse A. Gerhardstein, Esquire<br>Paul Laufman, Esquire<br>617 Vine Street, Suite 1409<br>Cincinnati, OH  45202<br>**Attorney for Plaintiffs** | K. Roger Schoeni, Esq.<br>Kimberly A. Zamary, Esq.<br>Kohnen & Patton, LLP<br>PNC Center, Suite 800<br>201 East Fifth Street<br>Cincinnati, Ohio  45202<br>**Attorneys for North East Insurance Company** |
| Randolph H. Freking, Esquire<br>Freking & Betz<br>215 E. Ninth Street, 5th Floor<br>Cincinnati, OH  45202<br>**Attorney for Cramer** | |
| Lawrence E. Barbiere, Esquire<br>Schroder, Maundrell, Barbiere & Powers<br>119 Mason Road, Suite 110<br>Cincinnati, OH  45249-3703<br>**Attorney for Schappa and City of Sharonville** | Brian E. Hurley, Esquire<br>Robert J. Gehring, Esquire<br>Crabbe, Brown & James, LLP<br>30 Garfield Place, Suite 740<br>Cincinnati, OH  45202<br>**Attorneys for William Nuss** |

        */s/Michael G. Sanderson*_____
        Michael G. Sanderson
        Attorneys for Proposed Intervenor,
        Ohio Government Risk Management Plan