Wed May 24 14:47:01 2006

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No.   100 430640
Cashier       scot

Check Number: 83565

DO Code    Div No
4661       1

| Sub Acct | Type | Tender | Amount |
|---|---|---|---|
| 1:086900 | N | 2 | 105.00 |
| 2:510000 | N | 2 | 150.00 |
| 3:086400 | N | 2 | 200.00 |

Total Amount          $   455.00

SHUMAKER, LOOP, & KENDRICK

NOTICE OF APPEAL FEE 1:01-CV-649

Wed May 24 14:47:01 2006

Check No.  83565
Amount$    455.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661