# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| PATRICIA KAMMEYER, et. al. | : | Case No. 1:01-CV-00649 |
| Plaintiffs, | : | Judge Spiegel |
| v. | : | **NOTICE OF APPEAL** |
| CITY OF SHARONVILLE, OHIO, et al. | : | |
| Defendants. | : | |

Notice is hereby given that proposed intervenor, Folksamerica Reinsurance Company ("Folksamerica"), hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order entered in this action on April 27, 2006 in which the trial court denied the motion for Folksamerica to intervene as a matter of right under F.R.C.P. 24(a) or, alternatively, for permissive intervention under F.R.C.P. 24(b).

Respectfully submitted,

/s/ Peter J. Georgiton
_____

Alan H. Abes (0062423)
Peter J. Georgiton (0075109)
DINSMORE & SHOHL LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
Tel: (513) 977-8200
Fax: (513) 977-8141
alan.abes@dinslaw.com
peter.georgiton@dinslaw.com

Attorneys for Proposed Intervenor
Folksamerica Reinsurance Company.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 23rd day of May 2006, a copy of the foregoing Notice of Appeal was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


                                                                /s/ Peter J. Georgiton
                                                                _____

1270025v1