```
Tue May 23 14:24:41 2006

UNITED STATES DISTRICT COURT
CINCINNATI, OH

Receipt No.    100 430628
Cashier        sjl

Check Number:  5007

DU Code    Div No
4661       1

Sub Acct  Type Tender    Amount
1:086900   N    2         105.00
2:510000   N    2         150.00
3:086400   N    2         200.00

Total Amount         $    455.00

DINSMORE & SHOHL

NOTICE OF APPEAL 1:01CV649



Tue May 23 14:24:41 2006

Check No.  5007
Amount $   455.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```