UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Patricia Kammeyer, et al., | ) Case No. C-1-01-649 |
| Plaintiffs, | ) |
| -vs- | ) **NOTICE OF APPEAL** |
| City of Sharonville, et al., | ) |
| Defendants. | ) |

Notice is hereby given that proposed intervenor, United National Insurance Company, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order entered in this action on April 27, 2006 in which the trial court denied the motion for the United National to intervene as a matter of right under F.R.C.P. 24(a) or, alternatively, for permissive intervention under F.R.C.P. 24(b).

Respectfully submitted,

Clifford C. Masch (#0015737)
Holly Marie Wilson (#0074291)
REMINGER & REMINGER CO., LPA
101 Prospect Ave., West
Cleveland, OH 44115
Telephone: (216) 687-1311
Fax: (216) 430-2228

Attorneys for Proposed Intervenor,
United National Insurance Company

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appeal was served by ordinary United States mail upon the following this _23_ day of May, 2006:

Thomas T. Keating, Esquire
Keating, Ritchie & Swick
8050 Hosbrook
Suite 200
Cincinnati, OH 45236
**Attorney for City of Sharonville**

Michael G. Sanderson
Shumaker, Loop & Kendrick, LLP
North Courthouse Square
1000 Jackson Street
Toledo, OH 43624
**Attorney for Ohio Government Risk Management Plan**

Nicholas Subashi, Esquire
Brian Wildermuth, Esquire
The Oakwood Building
2305 Far Hills Avenue
Dayton, OH 45419
**Attorney for Scottsdale Insurance Company**

Alan H. Abes, Esquire
Dinsmore & Shohl, LLP
255 East Fifth Street, Suite 1900
Cincinnati, Ohio 45202
**Attorneys for Folksamerica Reinsurance Co.**

Alphonse A. Gerhardstein, Esquire
Paul Laufman, Esquire
617 Vine Street, Suite 1409
Cincinnati, OH 45202
**Attorney for Plaintiffs**

K. Roger Schoeni, Esq.
Kimberly A. Zamary, Esq.
Kohnen & Patton, LLP
PNC Center, Suite 800
201 East Fifth Street
Cincinnati, Ohio 45202
**Attorneys for North East Insurance Company**

Randolph H. Freking, Esquire
Freking & Betz
215 E. Ninth Street, 5th Floor
Cincinnati, OH 45202
**Attorney for Cramer**

Lawrence E. Barbiere, Esquire
Schroder, Maundrell, Barbiere & Powers
119 Mason Road, Suite 110
Cincinnati, OH 45249-3703
**Attorney for Schappa and City of Sharonville**

Brian E. Hurley, Esquire
Robert J. Gehring, Esquire
Crabbe, Brown & James, LLP
30 Garfield Place, Suite 740
Cincinnati, OH 45202
**Attorneys for William Nuss**

_/s/ Holly M. Wilson_
Holly Marie Wilson (0074291)
Attorney for United National Insurance Company