```
Thu May 25 15:05:05 2006

        UNITED STATES DISTRICT COURT
             CINCINNATI, OH

    Receipt No.    100 430651
    Cashier                scot

    Check Number:  023899

    DO Code        Div No
    4661              1

    Sub Acct  Type Tender
    1:086900   N     2         Amount
    2:510000   N     2         105.00
    3:086400   N     2         150.00
                               200.00

    Total Amount          $    455.00

    REMINGER & REMINGER

    NOTICE OF APPEAL FEE ON 1:01-CV-649
```

```
Thu May 25 15:05:05 2006

Check No.  023899
Amount$    455.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```