UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Patricia Kammeyer, et al., | ) | Case No. C-1-01-649 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **NOTICE OF APPEAL** |
| -vs- | ) | |
| | ) | |
| City of Sharonville, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Notice is hereby given that proposed intervenor, Scottsdale Insurance Company,

hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Opinion and

Order entered in this action on April 27, 2006 in which the trial court denied the motion for

Scottsdale Insurance Company to intervene as a matter of right under F.R.C.P. 24(a) or,

alternatively, for permissive intervention under F.R.C.P. 24(b).

/s/Brian L. Wildermuth
Nicholas E. Subashi (0033953)
nsubashi@sbwohiolaw.com
Brian L. Wildermuth (0066303)
bwildermuth@swbohiolaw.com
SUBASHI, WILDERMUTH & BALLATO
The Oakwood Building
2305 Far Hills Avenue
Dayton, Ohio 45402
Telephone:    (937) 534-0500
Fax:             (937) 534-0505
*Attorneys for Defendant Scottsdale InsuranceCo.*

CERTIFICATE OF SERVICE

        This is to certify that a copy of the foregoing Notice of Appeal was served by ordinary United States mail upon the following this **24th** day of May, 2006:

Thomas T. Keating, Esquire
Keating, Ritchie & Swick
8050 Hosbrook
Suite 200
Cincinnati, OH  45236
**Attorney for City of Sharonville**

Clifford C. Masch, Esquire
Holly M. Wilson, Esquire
Reminger & Reminger
1400 Midland Building
101 Prospect Avenue West
Cleveland, OH  44115-1098
**Attorney for United National Insurance Company**

Michael G. Sanderson, Esquire
SHUMAKER, LOOP & KENDRICK, LLP
North Courthouse Square
1000 Jackson Street
Toledo, OH  43624
**Attorneys for Proposed Intervenor, Ohio Government Risk Management Plan**

Alan H. Abes, Esquire
Dinsmore & Shohl, LLP
255 East Fifth Street, Suite 1900
Cincinnati, Ohio 45202
**Attorneys for Folksamerica Reinsurance Co.**

Alphonse A. Gerhardstein, Esquire
Paul Laufman, Esquire
617 Vine Street, Suite 1409
Cincinnati, OH  45202
**Attorney for Plaintiffs**

K. Roger Schoeni, Esq.
Kimberly A. Zamary, Esq.
Kohnen & Patton, LLP
PNC Center, Suite 800
201 East Fifth Street
Cincinnati, Ohio  45202
**Attorneys for North East Insurance Company**

Randolph H. Freking, Esquire
Freking & Betz
215 E. Ninth Street, 5th Floor
Cincinnati, OH  45202
**Attorney for Cramer**

Lawrence E. Barbiere, Esquire
Schroder, Maundrell, Barbiere & Powers
119 Mason Road, Suite 110
Cincinnati, OH  45249-3703
**Attorney for Schappa and City of Sharonville**

Brian E. Hurley, Esquire
Robert J. Gehring, Esquire
Crabbe, Brown & James, LLP
30 Garfield Place, Suite 740
Cincinnati, OH  45202
**Attorneys for William Nuss**

        /s/Brian L. Wildermuth
        Attorneys for Scottsdale Insurance Co.

f:\^client files\scottsdale\sharonville\pleadings\notice.appeal.doc