```
Thu May 25 14:54:21 2006

    UNITED STATES DISTRICT COURT

    CINCINNATI, OH

Receipt No.   100 430650
Cashier       scot

Check Number: 14064

DO Code    Div No
 4661       1

Sub Acct Type Tender      Amount
1:086900  N     2         105.00
2:510000  N     2         150.00
3:086400  N     2         200.00

Total Amount        $     455.00

SUBASHI, WILDERMUTH, & BALLATO

NOTICE OF APPEAL FEE 1:01CV649



Thu May 25 14:54:21 2006

Check No.  14064
Amount$    455.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```