UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| PATRICIA KAMMEYER, ET AL., | : | Case No. C-1-01-649 |
| Plaintiffs, | : | |
| | : | **NOTICE OF APPEAL** |
| vs. | : | |
| CITY OF SHARONVILLE, et al. | : | |
| Defendants. | : | |

Notice is hereby given that proposed intervenor, North East Insurance Company ("North East"), hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order entered in this action on April 27, 2006, in which the trial court denied the motion for North East to intervene as a matter or right under F.R.C.P. 24(a) or, alternatively, for permissive intervention under F.R.C.P. 24(b).

Respectfully submitted,

K. Roger Schoeni (0004812)
Kimberly A. Zamary (0072574)
Attorneys for Proposed Intervenor
North East Insurance Company
Kohnen & Patton LLP
PNC Center, Suite 800
201 East Fifth Street
Cincinnati, OH 45202
(513) 381-0656 or Fax (513) 381-5823

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served this 24th day of May, 2006, via regular U.S. Mail upon the following:

Thomas T. Keating, Esq.
Keating, Ritchie & Swick
8050 Hosbrook, Suite 200
Cincinnati, OH 45326
*Attorney for City of Sharonville*

Alan H. Abes, Esq.
Dinsmore & Shohl LLP
255 East Fifth Street
Suite 1900
Cincinnati, OH 45202
*Attorney for Folksamerica Reinsurance Company*

Nicholas E. Subashi, Esq.
Brian Wildermuth, Esq.
Law Office of Nicholas E. Subashi
The Oakwood Building
2305 Far Hills Avenue
Dayton, OH 45419
*Attorneys for Scottsdale Insurance Company*

Alphonse A. Gerhardstein, Esq.
Paul Laufman, Esq.
617 Vine Street, suite 1409
Cincinnati, OH 45202
*Attorney for Plaintiffs*

Randolph H. Freking, esq.
Freking & Betz
215 E. Ninth Street, 5th Floor
Cincinnati, OH 45202
*Attorney for Cramer*

Michael Sanderson, Esq.
Shumaker, Loop & Kendrick LLP
1000 Jackson Street
Toledo, OH 43624
*Attorney for Ohio Government Risk Management Plan*

Brian E. Hurley, Esq.
Robert J. Gehring, Esq.
Crabbe, Brown & James, LLP
30 Garfield Place, Suite 740
Cincinnati, OH 45202
*Attorneys for William Nuss*

Clifford C. Masch, Esq.
Holly M. Wilson, Esq.
Reminger & Reminger LPA
1400 Midland Building
101 Prospect Avenue West
Cleveland, OH 44115-1093
*Attorneys for United National Insurance Company*

Lawrence E. Barbiere, Esq.
Schroder, Maundrell, Barbiere & Powers
119 Mason Road, Suite 110
Cincinnati, OH 45249-3703
*Attorney for Schappa and City of Sharonville*

K. Roger Schoeni (0004812)

261845.1.NO017.SH001

2