```
Wed May 24 15:03:59 2006

UNITED STATES DISTRICT COURT

       CINCINNATI, OH

Receipt No.    100 430642
Cashier          tt1

Check Number:  047156

DO Code     Div No
  4661        1

Sub Acct Type Tender     Amount
1:086900  N     2        105.00
2:510000  N     2        150.00
3:086400  N     2        200.00

Total Amount      $      455.00

KOHNEN & PATTON LLP

1:01-CV-649 APPEAL FEE
```

```
Wed May 24 15:03:59 2006

Check No.  047156
Amount$    455.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```