**U.S. DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| PATRICIA KAMMEYER, et al. | : | CASE NO. C-1-01-649 |
| Plaintiffs, | : | (SPEIGEL, J.) |
| | : | (BLACK, M.J.) |
| vs. | : | |
| | : | **REPLY MEMORANDUM OF** |
| CITY OF SHARONVILLE, OHIO, et al. | : | **DEFENDANT, CITY OF** |
| | : | **SHARONVILLE** |
| Defendants. | : | |

Defendant, City of Sharonville, takes no position concerning the request for a stay of the trial in this matter. The stay was requested by five insurance companies, proposed interveners herein, who have filed an appeal in the Sixth Circuit Court of Appeals.

The City of Sharonville has requested the several insurance companies to provide the suggested interrogatories and jury instructions. Sharonville has not yet received any such documents. The City must cooperate with those insurance companies under the various insurance contracts. At the same time, the City seeks a trial to vindicate the unfounded accusations made against it by the Plaintiffs since the initiation of this litigation in 2001. Therefore, the City of Sharonville does not take a position concerning the request to stay the trial filed by the proposed intervening insurance companies.

Respectfully submitted,

KEATING RITCHIE

A Legal Professional Association

_s/ Thomas T. Keating_____
Thomas T. Keating, 0011359
Attorney for Defendant, City of Sharonville
8050 Hosbrook Road, Suite 200
Cincinnati, Ohio 45236
Phone:  (513) 891-1530
Fax:  (513) 891-1537
Email:  tkeating@krslawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2006, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

_s/Thomas T. Keating_____
Thomas T. Keating

2