Nos. 06-3810/3812/3813/3814/3815

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED

AUG 2 2 2006

LEONARD GREEN, Clerk

| | |
|---|---|
| PATRICIA KAMMEYER, et al., ) | |
| ) | |
| Plaintiffs-Appellees, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| CITY OF SHARONVILLE, et al., ) | |
| ) | |
| Defendants-Appellees, ) | |
| ) | |
| OHIO GOVERNMENT RISK MANAGEMENT ) | |
| PLAN (06-3810); FOLKSAMERICA ) | |
| REINSURANCE COMPANY (06-3812); ) | |
| UNITED NATIONAL INSURANCE COMPANY ) | |
| (06-3813); SCOTTSDALE INSURANCE ) | |
| COMPANY (06-3814); NORTH EAST ) | |
| INSURANCE COMPANY (06-3815), ) | |
| ) | |
| Proposed Intervenors-Appellants. ) | |
| ) | |

Before: MOORE, COLE, and GILMAN, Circuit Judges.

The plaintiffs are the children of two women who were murdered in 1981. In this civil rights action, they allege that the defendants conspired to coverup relevant facts. As a result, the investigation and prosecution was delayed for many years. Trial will begin September 12, 2006.

Five individual insurance companies moved to intervene for the purpose of submitting jury instructions, jury interrogatories, and verdict forms. In an opinion and order addressing a number of pending motions, the district court denied intervention. The insurers now appeal. They moved the district court to stay trial pending their appeal. See Fed. R. App. P. 8(a)(1)(A). The district court

denied that motion, and the insurers now move this court to stay the trial. The plaintiffs respond in opposition, and the insurers reply in support of their motion.

In considering whether to issue a stay pending appeal, the court balances the traditional factors for injunctive relief: 1) whether the applicant has demonstrated a likelihood of success on the merits; 2) whether the applicant will be irreparably injured absent a stay; 3) whether issuance of the stay will substantially injure the other interested parties; and 4) where the public interest lies. *Michigan Coalition of Radioactive Material Users, Inc. v. Griepentrog*, 945 F.2d 150, 153 (6th Cir. 1991). Given the time that has passed since the events in question and the length of this litigation, any further delay weighs strongly against a stay. The harm claimed by the insurers, *i.e.*, a collateral-estoppel effect in litigation pending in state court, is speculative and not clearly established. It cannot be concluded that the appellants have a strong likelihood of success on the merits.

Therefore, the motion to stay the trial of this action pending appeal is **DENIED**.

ENTERED BY ORDER OF THE COURT

*Leonard Green*
Clerk

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

**LEONARD GREEN**
CLERK

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

**MS. MICHELLE M. DAVIS**
(513) 564-7025
(FAX) 564-7098
www.ca6.uscourts.gov

Filed: August 22, 2006

Alphonse A. Gerhardstein
Laufman & Gerhardstein
617 Vine Street
Suite 1409 Enquirer Building
Cincinnati, OH 45202

Lawrence Edward Barbiere
Schroeder, Maundrell, Barbiere & Powers
11935 Mason Road
Suite 110
Cincinnati, OH 45249

Thomas T. Keating
Keating, Ritchie, Lyon & Norwine
8050 Hosbrook Road
Suite 200
Cincinnati, OH 45236

Randolph H. Freking
Freking & Betz
525 Vine Street
Sixth Floor
Cincinnati, OH 45202

Kelly Mulloy Myers
Freking & Betz
525 Vine Street
Sixth Floor
Cincinnati, OH 45202

Brian E. Hurley
Hamilton County Prosecutor's Office
230 E. Ninth Street
Suite 4000
Cincinnati, OH 45202-2151

Michael G. Sanderson
Shumaker, Loop & Kendrick
1000 Jackson Street
N. Courthouse Square
Toledo, OH 43624-1573

Alan H. Abes
Dinsmore & Shohl
255 E. Fifth Street
Suite 1900 Chemed Center
Cincinnati, OH 45202-4797

Clifford C. Masch
Reminger & Reminger
101 Prospect Avenue, W.
Suite 1400 Midland Building
Cleveland, OH 44115-1093

Brian L. Wildermuth
Subashi, Wildermuth & Ballato
2305 Far Hills Avenue
Oakwood Building
Dayton, OH 45419

K. Roger Schoeni
Kohnen & Patton
201 E. Fifth Street
Suite 800 PNC Center
Cincinnati, OH 45202

RE: 06-3810: 06-3812: 06-3813: 06-3814: 06-3815
Kammeyer vs. Sharonville
District Court No. 01-00649

Enclosed is a copy of an order which was entered today in the above-styled case.

Very truly yours,
Leonard Green, Clerk

(Ms.) Michelle M. Davis
Case Manager

Enclosure

cc:

Mr. James Bonini