AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

PATRICIA KAMMEYER, et al.,

                     Case Number:   1:01-cv-00649

    V.

CITY OF SHARONVILLE, et al.,        Senior District Judge S. Arthur Spiegel

## NOTICE

**TAKE NOTICE** that the VOIR DIRE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Courtroom #6, Room 708*<br>**DATE AND TIME**<br>DECEMBER 1, 2006 at 10:00 AM |

**\*1.  VOIR DIRE TO BE CONDUCTED BY MAGISTRATE JUDGE TIMOTHY S. BLACK.**

                       JAMES BONINI, CLERK

                       s/Kevin Moser
                       Kevin Moser
                       Case Manager
                       (513) 564-7620

cc: Alphonse Gerhardstein, Esq.   Paul Laufman, Esq.   Lawrence Barbiere, Esq.
    Michael Maundrell, Esq.   Thomas Keating, Esq.   Randolph Freking, Esq.   Kelly Myers, Esq.
    Brian Hurley, Esq.   Robert Gehring, Esq.

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

                  www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms above the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.