UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| PATRICIA KAMMEYER, et al. | : | Case No. 1:01-cv-00649 |
| Plaintiffs | : | Spiegel, J. |
| vs. | : | |
| | | **ORDER ESTABLISHING** |
| CITY OF SHARONVILLE, et al. | : | **QUALIFIED SETTLEMENT FUND** |
| | | **AND APPOINTING** |
| Defendants | : | **ADMINISTRATOR** |

Upon the Motion of Plaintiffs without opposition from Defendant and for good cause shown, the Court hereby Orders as follows:

1. The Kammeyer Qualified Settlement Fund shall be established as a Qualified Settlement Fund within the meaning of Treasury Regulation Section 1.468B-1 and pursuant to this Court's subject matter jurisdiction under Treas. Reg. Section 1.468B-1(c)(1).

2. Matthew L. Garretson of The Garretson Law Firm is appointed as Fund Administrator pursuant to the terms, conditions and restrictions of the Motion to Establish Qualified Settlement Fund and Appoint Fund Administrator, and said Fund Administrator is given the authority to conduct any and all activities necessary to administer this Fund as described in said Motion.

3. Any alleged civil liability or actual civil liability of any at-fault party participating in the Fund (according to its terms) with respect to any injury and with respect to those claimants who have alleged damages, injuries and other related claims as a result of the Incident (as defined in the motion), is extinguished, except for any wrongful death claims plaintiffs may wish to bring against Albert Schuholz for the murder of their mothers which are not extinguished.

4. The Fund is authorized to enter into Fund Agreements with persons claiming damages or injury as a result of the Incident, including the use of settlements with periodic payments in a manner prescribed and approved by this Court.

5. The Fund is authorized to effect qualified assignments of any resulting structured settlement liability within the meaning of Section 130(c) of the Internal Revenue Code to the qualified assignee.

6. The Fund Administrator is authorized, upon completion of all Fund Agreements and final distribution of all monies paid into the Fund, to take appropriate steps to wind-down the fund, and thereafter the Fund Administrator is discharged from any further responsibility with respect to the Fund.

SO ORDERED

Date: 10/3/06

S. Arthur Spiegel
United States Senior District Judge