Case No: 06-3810: 06-3812: 06-3813: 06-3814: 06-3815

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

ORDER

PATRICIA KAMMEYER, et al.

    Plaintiffs - Appellees

v.

CITY OF SHARONVILLE, et al.

    Defendants - Appellees

v.

OHIO GOVERNMENT RISK MANAGEMENT PLAN

    Intervenor - Appellant

FILED
OCT 2 4 2006
LEONARD GREEN, Clerk

Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

        ENTERED PURSUANT TO RULE 45(a),
        RULES OF THE SIXTH CIRCUIT.
        Leonard Green, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

MS. MICHELLE M. DAVIS
(513) 564-7025
(FAX) 564-7098
www.ca6.uscourts.gov

Filed: October 24, 2006

Alphonse A. Gerhardstein
Laufman & Gerhardstein
617 Vine Street
Suite 1409 Enquirer Building
Cincinnati, OH  45202

Lawrence Edward Barbiere
Schroeder, Maundrell, Barbiere & Powers
11935 Mason Road
Suite 110
Cincinnati, OH  45249

Michael G. Sanderson
Shumaker, Loop & Kendrick
1000 Jackson Street
N. Courthouse Square
Toledo, OH  43624-1573

Kelly Mulloy Myers
Freking & Betz
525 Vine Street
Sixth Floor
Cincinnati, OH  45202

Randolph H. Freking
Freking & Betz
525 Vine Street
Sixth Floor
Cincinnati, OH  45202

Brian L. Wildermuth
Subashi, Wildermuth & Ballato
2305 Far Hills Avenue
Oakwood Building
Dayton, OH  45419

Alan H. Abes
Dinsmore & Shohl
255 E. Fifth Street
Suite 1900 Chemed Center
Cincinnati, OH  45202-4797

Clifford C. Masch
Reminger & Reminger
101 Prospect Avenue, W.
Suite 1400 Midland Building
Cleveland, OH  44115-1093

K. Roger Schoeni
Kohnen & Patton
201 E. Fifth Street
Suite 800 PNC Center
Cincinnati, OH  45202

    RE: 06-3810: 06-3812: 06-3813: 06-3814: 06-3815
        Kammeyer vs. Sharonville
        District Court No. 01-00649

    Enclosed is a copy of an order which was entered today in the above-styled case.

                                              Very truly yours,
                                              Leonard Green, Clerk

                                              (Ms.) Michelle M. Davis
                                              Case Manager

Enclosure

cc:
    Mr. James Bonini