UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| PATRICIA KAMMEYER, et al. | : | CASE NO: 1:01cv00649 |
| Plaintiffs, | : | Judge Spiegel |
| vs. | : | |
| CITY OF SHARONVILLE, OHIO, et al. | : | |
| Defendants | : | |

### AGREED ORDER AUTHORIZING THE RELEASE OF THE CITY OF SHARONVILLE'S CONFIDENTIAL LAW ENFORCEMENT FILES

Pursuant to this Court's Order of September 6, 2002, **(Doc. 40)**, Defendant, the City of Sharonville, Ohio, submitted confidential law enforcement documents under seal to the Court. By agreement of the parties and for good cause shown, the Court hereby authorizes the City of Sharonville, Ohio, to remove from the Court all confidential law enforcement files.

**IT IS SO ORDERED.**

_____
S. Arthur Spiegel

**s/Alphonse A. Gerhardstein (per email authorization)**
Alphonse A. Gerhardstein #0032053
Trial Attorney for Plaintiffs
Paul F. Laufman #0066667
Attorneys for Plaintiffs


**s/Thomas T. Keating (per email authorization)**
Thomas T. Keating
Ohio Bar Number: 0011359
Attorney for Defendant City of Sharonville

<u>s/Brian E. Hurley (per email authorization)</u>
Brian E. Hurley
Ohio Bar Number: 0007827
Attorney for Defendant City of Sharonville


<u>s/Randolph K. Freking (per email authorization)</u>
Randolph K. Freking
Ohio Bar Number: 0009158
Attorney for Defendant City of Sharonville


<u>s/Lawrence E. Barbiere</u>
Lawrence E. Barbiere
Ohio Bar Number: 0027106
Michael E. Maundrell
Ohio Bar Number: 0027110
Attorneys for Defendant, City of Sharonville
11935 Mason Road, Suite 110
Cincinnati, Ohio 45249
513-583-4210
513-582-4203 fax
lbarbiere@smbplaw.com