UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

```
PATRICIA KAMMEYER, et al.,       :
                                 :
          Plaintiffs,            :    Case No. 1:01-cv-00649
                                 :
                                 :
          v.                     :
                                 :
                                 :
CITY OF SHARONVILLE, OHIO,       :
et al.,                          :
                                 :
          Defendants.            :    NOTICE
```

The record of the above-captioned case shows that this matter has been terminated from the docket of Judge Spiegel. The record further indicates that there are currently *sealed* depositions on file for this case, which are no longer needed by the Court (see attached list). Pursuant to Local Rule 79.2(a), please contact chambers to make arrangements to retrieve these items within 20 days of the date of this notice.

                                  S. Arthur Spiegel
                                  United States Senior District Judge

                              By: s/Kevin Moser
                                  Kevin Moser
                                  Case Manager
                                  (513) 564-7620

**SEALED DEPOSITIONS ON FILE WITH THE COURT**
**PATRICIA KAMMEYER, et al. v. CITY OF SHARONVILLE, et al.**
**1:06-cv-00649**

**Depositions on File by Plaintiffs (filed 11/16/2004)**

James Cramer
Sue Ranielle Baker
Greg Homer
Clarence Hodge
Alan Hayes

**Depositions on File by Defendants**
**(Filed 11/10/2004)**

Michael Schappa
Jan Lorraine Miller
Patricia Kammeyer (Vols. I and II)
James Wright (Vols. I and II)
Dale Dorning (Vols. I, II and III)
Paul Deardorff, Ph.D.

**(Filed 1/13/2005)**

Ravert J. Clark